L.D.

JUL 20 2020

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISON

LOUIS F. BRUNI, pro se,     *JURY TRIAL DEMANDED*
     Plaintiff,

V.                              Criminal Case No.: 3:20cv5672-MCR-EMT

CHIEF, ROSS LICATA et al,       LT. Case No.: 16003363-CF-10A

LT. JACK VACCARO              *Criminal Complaint*

OFFICER, CURT LAI,  /     Compensatory, Monitary
     Defendants,              & Punitive Damages physical
                                    Torture

## INTRODUCTION

1.     Plaintiff, Louis Bruni is incarcerated in the custody of Florida Department of Corrections (Century C.1) He was born ▮▮▮▮ in Brooklyn New York & lived there 32 Years had a succesful Auto collision shop worth 1.6 million dollars inter alia, Sold the bussiness moved to lighthouse Point purchased his home with his wife and 2 boys worth 1.5 million Yearly Income 250,000 at 2840 N.E. 20th Ave & New Collission Auto body shop inter alia, Lots of toy's...,

2. Louis nice life, as a family man & bussness man came to a screeching holt in Feb, 2007 when the three above defendants are alleged to have started Criminal, conspiring against Louis" by each participating in placing Telepathic Communication's & Mental telepathy, upon Louis. Communication between minds by some means other than the normal functioning of the senses, & Telemeter & device(s) "Upon Information & belief"

FILED USDC FLND PN
JUL 22 '20 PM 12:54

3. As a result of the above defendants criminal actions & Louis Losing Complete control of mind, body, & Punitive torture accorded severe Injuries upon Louis by the above defendants Louis lost his family & house's, all assets worth multy Millions of Dollars & was unlawfully Bakeracted, & serving a sentence in D.O.C. because of the above defendants

4. Illegal entry(s) of Louis family home several occasions with theft of $20,000.00+ after false arrest & Bakeract's Lighthouse Police Dept had complete control of the residence with possession of all Keys entering several occasions without permission or a Warrent to search or to arrest

## JURISDICTION

5.    This Criminal & Civil cause of action arises under the United States Constitution, enforceable pursuant to Article III The trial of all crimes & pursuant to 42 U.S.C. § 1983. Jurisdiction in this Court is proper pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)

6.    This Court is authorized to grant declaratory relief Under 28 U.S.C. §§ 2201 and 2202. Injunctive, Compensatory, Monitary, & Punitive, for damages in actions under 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983 Physical injured by torture.

## VENUE

7.    Venue is proper under 28 U.S.C. § 1391 (b) (2) because a "substantial part of the events giving rise to the claim [s] occured" in this district

## PARTIES

8.    Plaintiff, Louis Bruni is a person incarcerated in the Custody Of Florida Department Of Corrections He is presently housed at Century C.I. Century Fl 32535 on an agrivated stalking charge from defendant SGT. Curt Lai.

## DEFENDANTS

9.
Defendant Chief Of Police, Ross Licata Of Lighthouse Point Police Dept. acting under the direction and supervision of the defendant's & all officers mentioned in the Dept. in this action

10
He has responsibility for the policies, procedures, & operations of the Dept, its employees, Agents

11. 2nd. Defendant, LT. "Jack" Vaccaro is a Police Officer at the Lighthouse Point Agency at 3701 N.E. 22nd Ave Lighthouse Point Broward County, Fl 33064

12. 3rd Defendant, SGT, Curt Lai, is a Police Officer at the Lighthouse Point Agency at 3701 N.E. 22nd Ave Lighthouse Point, Broward County Fl 33064

13. All three defendants are sued individually & in their official capacities & at all mentioned in this complaint, the defendants acted under Color of State law

## FACTS

14. "Upon Information and Belief" There is an ongoing criminal Investigation being conducted in this cause of action by:

15. F.D.L.E. Special Agent, Brannan Riley, Pensacola Regional Operations Center 1301 N. Palafox St Pensacola, Fl 32501 Phone #(850) 595-2080 Mrs Riley interviewed Louis here at Century C.I. on 9/11/2019 Under Oath Recorded Statements

16. F.B.I. has all information in this cause 2030 S.W. 145 Ave Miramar Fl 33027

17. General Of Army, David Dunlop & Attorney Steve McGowan, are experts in the understanding Telepathic Communications & Mental Telepathy equiptment, devices & how it operates, Steve McGowan (3) - 207 W. Troy St. Suit #101 Dothan AL 35301

18. "Upon Information and Belief"   The three defendants are alleged to have invaded Louis's home by means of telapathic Communication & Equiptment: Mind to Mind Communication

19. Mental Telapathy & Equiptment & Telemeter devices Can be very painful & torturous electric shock to the brain of Louis controling mind & body functions. hearing the sender & sender hears the reciever & thoughts of each party in Conection to the equiptment & Data "Upon Information & Belief" the equiptment & Devices derived from the Federal Government & The U.S. Armed Forces & Affiliates

20. Louis & his wife "Dianne", agreed & signed a prenuptual Agreement stipulations in Marriage Contract, as Dianne worked as a bartender & Louis was worth millions of dollars & inter alia assets

21. In 2003 Dianne began lying, stealing money, & cheating, as Louis was throwing Dianne out of his house for the above causes. she began relations with the police officer's in question, Calling them getting them to show up, cause Louis told Dianne She needs to pack her things & get out of his house. She Kept on trying to set Louis up in revenge. demands: to Bakeract Louis. This Continued to 2007.

22. On or about March 26ᵗʰ 2007 is when Louis felt the shock electric waves through his brain & began hearing the voices of the three defendants, including the words": of 2 scientist's & the 3 defendants "OK, The Transmitter & Reciever is working for Telepathic Communications" & "Mental Telepathy" this is the first time Louis ever heard this even exsisted or those words in his lifetime. ovcourse Louis freaked out...

23.
There is exhibits included herein, documented dates, times, Letters, Addresses that prove Louis's Allegations in the Contradictions of statements & Actions of the 3 defendants Affidavits & Police Statements. see Exhibit -A-

24.
Dianne filed an injunction with the help of the Police & Louis was served on April 4th 2007 -@ 1000 hrs. he moved to an apartment for 30 days & moved back with Dianne she could not pay for anything & violated her own Order.

25.
Because of Louis finding out he was being tortured & Invaded & Bakeracted, arrested. inter alia, doing things he would not normaly do, Louis was dibilitated from the the three defendants criminal actions conspiracy in Telepathic Communications painful injuries & found himself completely out of control of his whole & family life

26.
In May of 2015 Louis was petrafied & Moved to his sisters house & told absolutely NOBody, he was leaving Florida to move to: 22 Spindle Rd Hicksville N.Y. 11801 & Prior to moving, Louis called lighthouse Pt. Police begging they stop the painful torture & to shut off the devices & let him live, he thought they would Kill him for uncovering their criminal activities in action.

27.
On Dec. 12, 2015 Louis wrote a letter to Margate Police Dept Fl. However, SGT Curt Lai through telepathic Communication Knew what the letter said way before it arrived to Margate P.D. This letter was mailed from Ronkonkoma New York on 12/12/2015
Pg-3 see Certification Exhibit-A & Incident Report Dated 12/01/2015
Narrative ✱ Reads Lighthouse Point Police was contacted by the Margate P.D. advising they recieved a complaint from Louis Bruhi "Of Coconut Creek, Fl" as Margate P.D. did not recieve the Certified Letter until 12/15/2015 "Proof Of Telepathic Communication"

(5)

28. LN's address in the letter written from Louis Sisters house & Lai Converses information to Detective Carruso & Others. "So" how did the Police Know before the Complaint letter arrived? & reacted to it, filing a report inter alia, "an Information" -A- Pg. 1.

29. As a result of the letter SGT. Lai applied for an injuction order against Louis on 12/4/2015 see Exhibit-A- Pg-2. ¶¶ 2-3

30. March 2nd 2016 Louis was arrested & extridited to Florida from N.Y. see Pg-4 Exhibit & Officer Safety Update Bulletin

31. Louis wrote the letters because his brain was recieving shock waves, very painful & he Just wanted the torture equiptment to be shut down & that it was Killing him thinking he would die

32. Louis Claims "Upon Information & Belief" he was falsly arrested & Ten witnesses were gathered by State Prosecutor for a deposition against Lois in discovery see Exhibit-B- Proof of more telepathic Communications & Mental telepathy

33. In Exhibit-B- Offense-Incident-Report Lighthouse Point Police Dept Detective K. Hancock alleges Lois expressed his desires for $50,000,000 dollars (fifty Million) for pain & suffering & loss of physical property which he claims is a result of mental & Telepathic Communication & Lois asked for that amount at the meeting with his Attorney present, on the phone & "That never was spoken to anyone" by Louis; or written anytime. This information was gathered through Telepathic communication only...

(6)

## LEGAL CLAIMS

The Defendants in this complaint violated Plaintiff, Louis Bruni, rights and Constituted a violation a civil Contempt, Injunction Court Order by continueous use of Telepathic Communication & Telepathy on Louis while in Confinement of prison & not allowing to contact any beaurocratic Law Agency to defend himself or his Civil & Constitutional Rights, Due Process Rights under the Fifth and Fourteenth Amendments to the United States Constitution Article I §9 Defendant by Abusive Process.

The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be deprived of a normal productive, painless Life, remaining under control & torture & Administratively injured & physically Injured by the defendants unless this Court grants declaratory, Compensatory and punitive relief and monetary damages which plaintiff seeks.

Plaintiff seeks an Indictment for the arrest of the three defendant's for Conspiracy & The torture & false Imprisoment Breaking & entering with weapons, without a warrent for search or seizer, theft Of $20,000 + from Plaintiffs residence. The loss of his home's inter alia worth Millions Of dollars.

(7)

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully prays that this Court enter Judgment granting Plaintiff:

1. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and Laws of the United States.

2. A preliminary and permanent injunction that all defendants & any others involved to obey any & all injunctions / Orders of Court including thier own, Contempt, & Criminal Indictments be in pursuant to (Fla. R. Crim. P) be Charged in information of Felony Crimes & warrents issued to find the torturous equiptment

3. Compensatory damages in the amount of $50,000,000.00 (Fifty Million Dollars) against the defendants

4. Punitive damages in the amount of 50,000,000.00 (Fifty Million Dollars against the defendants with Injunctive relief of Monetary relief of $50,000,000.00 .

5. A Jury Trial on all issues triable by Jury.

6. Plaintiffs Costs in this suit.

7. Any additional relief this Court deems Just, proper and equitable .

Respectfully Submitted.

/s/ Louis Bruni
Louis   Bruni

8.

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters elleged on "information & Belief," and as to those, I believe them to be true. I Certify under penalty of perjury that the foregoing is true & Correct.

/s/ Louis Bruni
Louis Bruni, pro se.

## Certificate Of Service

I Certify that the foregoing document has been placed in the hands of officials here at Century C.I. 32535 for Mailing to: Office Of The Clerk Fl-100 N. Palafox St Pensacola, Fl 32502 Office Of The Attorney General PL-01 At the Capitol Tallahassee Fl 32301

/s/ Louis Brun
Respectfully Submitted
Louis Bruni pro se, # L52662
Century C.I. 400 Tedder Rd
Century FL 32535

DATE 7-20-2020

(9)

# EXHIBIT A

See Pages 23



EXHIBIT -A-

WEBSTER'S DICTIONARY

769

**temperament**

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT



**BRANNAN RILEY**
Special Agent

Pensacola Regional Operations Center
1301 N. Palafox Street
Pensacola, FL 32501
(850) 595-2080 • Fax (850) 595-5478
Main 1-800-226-8574 or (850) 595-2100
brannanriley@fdle.state.fl.us

*Service • Integrity • Respect • Quality*

EXHIBIT-A- WITNESS

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT

**EDWARD WATERS**
Special Agent

Miami Regional Operations Center
1030 NW 111th Avenue
Miami, Florida 33172
(954) 465-6043
EdwardWaters@fdle.state.fl.us

*Service • Integrity • Respect • Quality*

WITNESS

SHE CAME TO CENTURY PRISON ON
9-11-2019 TO TAKE A SWORN IN UNDER
OATH TAPE RECORDED STATEMENT
YOU CAN CALL HERE FOR A COPY AND
USE AS EVIDENCE SHE HAS 100%
EVIDENCE OF TELEPATHIC COMMUNICATION
BETWEEN LOUISIANA AND JACK VACCARO
— OF LHPPD

Roy Black
305 371-6421
201 South Biscayne Blvd Suite 1300
Miami Fl 33131

DISREGARD THIS
David Bogenschutz
954 764-2500
633 S.E. 3rd Ave
Ft Lauderdale, Fl 33301



THIS AGENT HAS ENOUGH
EVIDENCE TO ARREST HOLE
LHBPD CALL HIM IF YOU NEED IT



P 9 1  EXHIBIT A

## OFFENSE-INCIDENT REPORT
### Lighthouse Point Police Department

| ADM | Date of Supplement | FL0062000 | Gang Related | N | | | | | Venue: Report | X | Juvenile Warn/Dismiss | | 1. Original 2. Supplement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Agency Report Number: 15120101 9221   Primary Offense Description: SUSP. INCIDEN

### Event Information

| | Original Day Reported | TUE | Date 12/01/2015 | Time (mil) 1300 | Time Dispatched (mil) 1300 | Time Arrived (mil) 1500 | Time Completed (mil) 13 |
|---|---|---|---|---|---|---|---|

**EVENT DATA**

| Incident Type: 1. Felony 2. Traffic Felony  3. Misdemeanor 4. Traffic Misdemeanor  5. Ordinance 9. Other | Incident: From | Day SUN | Date 06/29/2003 | Time (mil) 2100 | To | Day TUE | Date 12/01/2015 | Type (mil) 123 |
|---|---|---|---|---|---|---|---|---|

| OFF/INC #1 | Type 9 | INFORMATON | | A-Attempted C-Committed | | Statute Violation Number - Chapter, Section, Sub | Type (mil) 123 |
|---|---|---|---|---|---|---|---|

| OFF/INC #2 | | | | A-Attempted C-Committed | | | NCIC/UCR |
|---|---|---|---|---|---|---|---|

| Incident Location (Street Number, Street, Apt) 3701  NE 22 AVE | City LIGHTHOUSE POINT | Zip 33064 | District | Grid | Area R/5 |
|---|---|---|---|---|---|

Business Name/Area Identifier: LIGHTHOUSE POINT POLICE DEPARTMENT

Forced Entry: N/A   Occupancy: N/A

**Location Type**
01. Residence-Single
02. Apartment/Condo
03. Residence-Other
04. Hotel/Motel
05. Gas Station
06. Convenience Store
07. Liquor Sales
08. Bar/Nightclub
09. Supermarket
10. Dept/Discount Store
11. Specialty Store
12. Drug Store/Hospital
13. Bank/Financial Inst.
14. Commercial/Office Bldg.
15. Industrial/Mfg.
16. Storage
17. Govt/Public Bldg.
18. School/University
19. Jail/Prison
20. Religious Bldg.
21. Airport
22. Bus/Rail Terminal
23. Construction Site
24. Other Structure
25. Parking Lot/Garage
26. Highway/Roadway
27. Park/Woods/Field
28. Lake/Waterway
29. Motor Vehicle
30. Other Mobile
99. Other

| # OFF/INC 1 | # Victims 0 | # Offenders 0 | # Prem. Ent. 0 | # Veh. Stolen 0 | Type of Weapon 00. N/A  01. Handgun 02. Rifle 03. Shotgun 04. Firearm 05. Knife/Cutting Instrument 06. Blunt Object 07. Hands/Fist/Feet 08. Poison 09. Explosives 10. Fire/Incendiary 11. Threat/Intimidation 99. Other 13. Drugs 98. Unknown 99. Simulated Weapon | Govt./Publ. Bldg N/A |
|---|---|---|---|---|---|---|

### Persons Information

**CODES**

VW Code

V - Victim     C - Complainant
W - Witness    O - Other

**Person Type**
1. Juvenile
2. L.E. Officer
3. Adult
4. Business
5. Government
6. Church
9. Other

**Race**
N-N/A    I-American Indian
W-White  O-Oriental/Asian
B-Black  U-Unknown

**Sex**
N-N/A
M-Male
F-Female
U-Unknown

**Residence Type**
0. N/A    3. Florida
1. City   4. Out-of-State
2. County

**Residence Status**
0. N/A
1. Full Year
2. Part Year
3. Non-Resident

**Extent of Injury**
0. None
1. Minor
2. Serious
3. Fatal

**Injury Type**
00. N/A          03. Laceration
01. Gunshot      04. Unconscious
02. Stabbed      05. Poss. Broken Bones
                 06. Poss. Internal Injury
07. Loss of Teeth
08. Burns
09. Abrasions/Bruises
99. Other

**Victim Relationship To Offender**
00. N/A           05. Ex-Spouse
01. Undetermined  06. Co-Habitant
02. Stranger
03. Spouse        07. Brother/Sister
04. Ex-Spouse     08. Child
                  09. Step-Parent
06. Parent
10. Step-Child
11. In-Law
12. Other Family
13. Student
14. Teacher
15. Child of Boy/Girl Friend
16. Boy/Girl Friend
17. Friend
18. Neighbor
19. Sitter/Day Care
20. Employee
21. Employer
22. Landlord/Tenn.
23. Acquaintance
99. Other Known

**VICTIM / WITNESS**

| OFF/INC Indicator 1 - P1 2 - P2 3 - Both  1 | VW Code 0 | Person Type 5 | Name (Last, First, Middle or Business) LIGHTHOUSE POINT POLICE DEPT | Residence Phone |
|---|---|---|---|---|

| Address (Street, Apt. Number) 3701 NE 22 AVE | City LIGHTHOUSE PT | State FL | Zip 33064 | Business Phone 954 942-80 |
|---|---|---|---|---|

| Other Contact Info. (Time Available, Interpreter, etc.) | Synopsis of Involvement: COMPLAINANT |
|---|---|

| If V/W Code is V, W or C Fill in this Line | Dom. Violence | Race | Sex | Date of Birth | Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charge Yes ☒ No ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Narrative

On 12/01/2015 the Lighthouse Point Police Department was contacted by the Margate Police Department who advised that they had received a complaint, in the form of a hand written statement, regarding one of Lighthouse Point Police Department's Officers. The statement was mailed by Louis Bruni of Coconut Creek, Fl. Margate forwarded the statement to the Lighthouse Point Police Department where it was given to me. The statement was passed to Detective Caruso who will be handling this investigation from this point forward.

*Evidence 4 Days Early*

OFFICER'S SIGNATURE:

This ___11___ Sworn to and Subscribed Before me day of Dec 20 15

NOTARY SIGNATURE: Eileen M Hughes

EILEEN M. HUGHES
MY COMMISSION # FF 236817
EXPIRES: September 22, 2019
Bonded Thru Budget Notary Services

**ADMINISTRATIVE**

| Signature of Officer Reporting | Name of Officer Reporting Det. Sgt. D. Dyess | I.D. Number/Locator Code 279 | Unit 36R1 | Date 12/02/2015 |
|---|---|---|---|---|

| Signature of Officer Reviewing | Officer Reviewing (if Applicable) N/A | I.D. Number | | Date |
|---|---|---|---|---|

**Case Status**
CA - Cleared by Arrest
CE - Cleared Exceptionally
CF - Filed with State Atty
CU - Cleared Unfounded
I - Inactive
A - Active
P - Pending

**Clearance Type**
1. Arrest
2. Exceptional
3. Unfounded
A-Adult
J-Juvenile
Date Cleared

**Exception Type**
1. Extradition Declined
2. Arrest on Primary Offense Secondary Offense Without Prosecution
3. Death of Offender
4. V / W Refused to Cooperate
5. Prosecution Declined
6. Juvenile/No Custody
Related Report Number(s)
Number Arrested

*Assign to Caruso*



**OFFENSE-INCIDENT REPORT**

Lighthouse Point Police Department

| | | | Gang Related | | | | | | | Juvenile In Report | | Juvenile Warn/Dismiss | | 1. Original 2. Supplement |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Date of Supplement: 2015-12-07

Agency Report Number

Primary Offense Description: STALKING

requests were placed into the case file).

The package turned over to the LHPPD on 12/01/2015 contained 40 hand-written letters which had been mailed directly to the Margate police chief. was received by Corporal Tavares from Margate officer Hernandez under invoice #29095. The letters continue Bruni's focus on Sergeant Lai and the mental telepathy but now included Sergeant Lai's home address and age (it is unclear how Bruni obtained this information). Up to this point, Sergeant Lai chose to leave Bruni to the medical evaluation system to address his issues despite his own personal emotional concern for Bruni's obsession with him but now, has a legitimate, reasonable and well-founded concern for the safety of himself and his family. As a result, Sergeant Lai requested to push forward with charging Bruni with stalking/harassment FSS 784.048(2) as Bruni has engaged in willful, malicious and repeated course of conduct directed at Sergeant Lai that has caused substantial emotional distress in him and has served no legitimate purpose.

On 12/04/2015, Sergeant Lai applied for in injunction against Bruni in furtherance of his concern for himself and his family.

On 12/10/2015, Sergeant Lai completed a sworn written statement in regards to this case.

✱ As of this entry, it is unclear where Bruni is currently residing. He lists the Coconut Creek home as the return address on the package but states in the letter that he can be reached at 22 Spindle Road, Hicksville NY 11801. The post-mark on the package also indicates Hicksville NY so it is likely that Brun is currently there however that is unconfirmed.   *LIE*

A not-in-custody affidavit was completed and filed with the state attorney's office.



1st LIE 1  THIS WAS MAIL FROM DIFFERENT CITY AND ADRESS

2nd LIE 2  THEN THIS LETTER STATES AND COUNTY (officer CARUSO)

3rd LIE 3  I DID NOT TELL MARGATE P.O. MY ADRESS IN NY (DET INCERTE) CARUSO IS LYING THE ONLY WAY DET

4th LIE  CARUSO NEW MY WHERE ABOUTS IS SGT CURT LAI (DET / IN NY) TELAPATAIL COMUNICATION WITH ME. HE KNOWS MY WHERE ABOUTS 24-7 BY SIMPLY LISTENIN TO MY CONVERSATIONS AND READING MY MIND 24-7

I WROTE THE LETTER IN MY SISTERS HOUSE IN NY ON NOV-13-15 (TO MARGATE P.O.) THE COP THAT IDENTIFYS HIMSELF AS CURT LAI KNEW I WAS WRITING IT ON Nov 13-15 BECAUSE OF TELAPATHIC COMUNICIATION HE KNOWS MY EVERY MOVE BY LISTENIG TO MY BRAIN AND CONVERSATIONS SO HE ALERTED CU LAI AND JASON CARUSO AND THEY ACTED AND DONE ALL OF THIS ABOVE BEFOR THE LETTER EVEN GOT TO THE MARGATE POLICE DEP ON 12-15-201

| | Signature of Officer Reporting | Name of Officer Reporting | I.D. Number/Locator Code | Unit | Date |
| --- | --- | --- | --- | --- | --- |
| | Signature of Officer Reviewing | Officer Reviewing (if Applicable) | I.D. Number | | Date |

| ADMINISTRATIVE | Case Status | | Clearance Type | Clearance Date | | Date Cleared | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | CA - Cleared by Arrest | CF - Filed with State Atty | I - Inactive | 1.Arrest | 3.Unfounded | A-Adult | Arrest Number |
| | CE - Cleared Exceptionally | CU - Cleared Unfounded | A - Active | 2.Exceptional | | J-Juvenile | |
| | Exception Type | | P - Pending | | | | |
| | 1.Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | Related Report Number(s) | Number Arrested |

100%

THIS IS PROOF OF TELAPATHIC COMUNICATION BETWEEN ME AND THE LHPOD BECAUSE THEY ACTED ON THIS LETTER BEFORE IT EVEN GOT THERE AND IT IS IMPOSIBLE FOR THEM TO KNOW THIS INFORMATION BEFORE THE LETTER TO MARGATE P.O. GOT THERE

THIS PAPER WILL PROOVE TIME AND DATE. THE MARGATE P.D
RECEIVED THE PAPER WORK AND IT WILL PROVE ALL THE LIE
From SGT CUI LAI AND OFFICER CARUSO

Exhibit-A-pg 3: Ronkonkoma. N.Y.

MAILED
From
AND DAY
MAILED
AND
TIME

IT WILL
PROOVE
TISLAG
CONVINC
TIMES TRUE
LOUIS
BRUNI
THE LIP
P.D
LT JACK
VACCARO

FILE 6

RONKONKOMA MPO
Ronkoma, New York
717564286
3543330779-0099
12/12/2015 (631)588-0301 12:06:54 PM

Sales Receipt

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| MARGATE FL 33063-3614 Zone-6 First-Class Mail Large Env 1.50 oz. | | $1.20 |
| Expected Delivery: Tue 12/15/15 | | |
| First-Class Mail | | |
| USPS Certified Mail #: 70150640000758440779 | | $3.45 |
| Return Receipt Label #: 9590940212195246286233 | | $2.80 |
| Issue Postage: | | $7.45 |
| MARGATE FL 33063-3614 Zone-6 First-Class Mail Large Env 0.90 oz. | | $0.98 |
| Expected Delivery: Tue 12/15/15 | | |
| First-Class Mail | | |
| USPS Certified Mail #: 70150640000758440762 | | $3.45 |
| Return Receipt Label #: 9590940212195246286226 | | $2.80 |
| Issue Postage: | | $7.23 |
| Total: | | $14.68 |

Paid by:
Cash                        $20.00
Change Due:                 $5.32

For tracking or inquiries go to USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
*************************
*************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
*************************

Bill#:1000102137584
Clerk:26

All sales final on stamps and postage.
Refunds for guaranteed service.
Thank you for your business

HELP US SERVE YOU BETTER
TELL US ABOUT YOUR RECENT

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

POMPANO BEACH FL 3306

Certified Mail Fee                $3.45
                                         0779
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $2.80
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00    Postmark Here
☐ Adult Signature Required     $
☐ Adult Signature Restricted Delivery  $N/A
Postage                           $0.98    12/2015
Total Postage and Fees            $7.23

Sent To MAYOR TOMMY ROZ
Street and Apt No., or PO Box No. 5790 MARGATE BLVD
City, State, ZIP+4 MARGATE FL

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

POMPANO BEACH FL 3306

Certified Mail Fee                $3.45
                                         0779
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $    Postmark Here
☐ Adult Signature Required     $
☐ Adult Signature Restricted Delivery
Postage                           $1.20    12/2015
Total Postage and Fees

Sent To CHIEF DAVID WILSON
Street and Apt No., or PO Box No. 5790 MARGATE BLVD
City, State, ZIP+4 MARGATE FL 33063

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MAIL ON

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MARGATE POLICE DEPT
5790 MARGATE BLVD
33063 MARGATE FL

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X Baller              ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
C Steadman            12-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type                          ☐ Priority Mail Express®
☐ Adult Signature                        ☐ Registered Mail™
☐ Adult Signature Restricted Delivery    ☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery     ☐ Return Receipt for Merchandise
☐ Collect on Delivery                    ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9590 9402 1219 5246 2862 33
7015 0640 0007 5844 0779

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Proof of TELAPATHIC COMMUNICATIONS BETWEEN L.T.H.P.R.D.

① LT. JACK VACCARO

~~COURT LAI~~ AND LOUIS BRUNI

## MOVE TO NEW YORK

EXIBIT A

IN MAY OF 2015 I MOVED OUT OF FLORIDA TO N.Y. I WAS CHASED OUT OF FLORIDA BECAUSE WHERE EVER I LIVED OR MOVED TO IN BROWARD COUNTY I WAS BEING ILIEGALY ARESTED AND BAKER ACTED BY THE L.H.P.R.D. BECAUSE SGT ~~COURT~~ LAI WAS TOURCHERING ME WITH THE L.H.P.R.D. TELAPATHIC COMUNICATIONS EQUIPMENT AND WHEN I WOULD CALL THE L.H.P.R.D. TO TELL THEM TO STOP TOURCHERING ME THEY WOULD HAVE ME BAKER ACTED OR ARESTED BY LOCAL POLICE AND THE L.H.P.R.D. HERE IS YOUR PROOF OF TELAPATHY IN MAY OF 2015 I MOVED TO NEW YORK I DID NOT TELL ANY ONE EXSPESIALY THE L.H.P.R.D. WHERE I MOVED TO I JUST LEFT FLORIDA WITH NO FOWARDING ADRESS NO ONE NEW WHERE I MOVED TO OKAY HERE IT COMES YOUR PROOF HOW IN HELL DID THE L.H.P.R.D. KNOW MY WHERE ABOUT

1500 MILES AWAY IN ANOTHER STATE IN THIS PARTICALAR HOUSE AND ADRESS IN DEC 15 2015 IT WAS IMPOSIBLE TO KNOW WHERE I WAS BUT YET I RECIEVED A TEMPORARY RESTRAINING ORDER BY THE NASSAU COUNTY P.D. AT THE ADRESS I WAS STAYING AT SENT BY THE L.H.P.R.D. AND CURT LAI KNOW I WILL TELL YOU HOW THE L.H.P.R.D. KNEW MY LOCATION

IN NEW YORK IS VERY SIMPLE LT JACK VACCARO OF THE L.H.P.P.D. CAN HEAR ALL MY CONVERSATION AND BY LISTENIN TO MY CONVERSATION AND CAN SEE THRU MY EYES WITH TELAPATHIC COMUNICATION EQUIPMENT AND MENTAL TALAPATHY EQUIPMENT HE FOUND OUT MY LOCATION AND TOLD SGT CURT LAI WHERE I WAS AND SGT CURT LAI ~~SEVE~~ SERVED ME WITH A RESTRAINING ORDER AT THAT LOCATION ON DEC 15 2015 I GOT SECUED THERE IS YOUR PROOF OF TELAPATHIC COMUNICATION

ASK SGT CURT LAI AND THE REST OF THOSE POLICE OFFICER HOW THEY FOUND ME IN NEW ~~YOU~~ YORK THEY WILL NEVER BE ABLE TO PROOVE HOW THEY FOUND OUT MY ADDRESS IN NEW YORK TO SEND THE RESTRAINING ORDER TO THEY WILL NEVER BE ABLE TO ANSWER THAT QUESTION BECAUSE THEY CAN PROOVE IT AND BY NOT PROOVING IT IT PROOVE THE ONLY WAY IS TELAPATHIC COMUNICATION LIKE I SAID SO ASK THEM HOW THEY FOUND ME IN N.Y AND LISTEN TO THERE LIE COME OUT OF THEN MOUTHS



# VOLUNTARY STATEMENT

I read, speak and understand the English language.  I have been read and understand my rights under Miranda.  My voluntary statement is as follows:

*See Attached*

This statement was completed at: _Lighthouse Point Police Dept._
**Location**

Name _Curt Lai_

Address _3701 NE 22 Ave  LHP, FL 33064_

Date of Birth _____

City/State/Zip _LHP, FL 33064_

Home Telephone _____

Work Telephone _954·942·8080_

This statement consists of ___3___ page(s), each page of which bears my signature.  Corrections, if any, bear my initials.  Under penalties of perjury, I declare that I have read the foregoing statement and that the facts stated in it are true and correct.  I also declare that I was not prompted or told what to say in this statement.

Signature _____

Date _12·10·15_     Time _9:00 AM._

Sworn and subscribed before me this _10_ , day of _December_ , 20 _15_

_J. Caruso #309_
Notary Public / Police Officer's Name

Notary Public / Police Officer's Signature _309_

Case # _____     Page _1_ Of _3_

*[handwritten top margin:]* he knew ENOUGH TELEPAHTIC CONVISATION month 12/18/2018 amonth with prior it was comming How did he know that Louis sent SWORN STATEMENT

*EXHIBIT-A-*

Since March of 2009 Louis Bruni has engaged in a course of conduct directed at me, which has caused substantial emotional distress to me and my family, and which serves no legitimate purpose. Bruni has called and written letters to my employer and to several other Law Enforcement Agencies (including the FBI, DEA, FDLE, and the State Attorney's Office), claiming that I am using a "mental telepathy machine" in order to control his thoughts and actions. Bruni claims that I use this "mental telepathy machine" to control his life, and he also claims that I am trying to kill him. Bruni is obviously suffering from a mental disorder, and he has fixated on me as the source of all of his problems.

*[handwritten left margin:]* LIE

*[handwritten:]* their way of covering up thier crime. FBI-DEA didn't write them "Lie" JusT F.D.L.E

A listing of some of his continued harassment is as follows:

3/2009 Bruni filed an inmate grievance with the Broward Sheriff's office stating that he was going to "kill me." (Lighthouse Point PD case # 090313001740)

11/2009 Bruni claims that I have been using "mental Telepathy" on him, and that I am having an affair with his wife. (Lighthouse Point PD case # 09-7110)

12/2009-10/2010 Bruni calls several times during this time frame, claiming that I am using "mental Telepathy" on him. (Lighthouse Point PD case #09-7468) Audio recordings of some of the calls are located in evidence at LHPPD.

10/2010 Bruni calls my employer (Lighthouse Point Police Department) and threatens to "throw a bomb in the station" because of my continued use of the "mental telepathy machine."

7/2013 Bruni sends letter to my employer claiming that I am controlling him via "mental telepathy torture" and he claims that he cannot sleep because of it.

12/2014 Bruni meets with Chief of Police and continues to harass me by claiming that I am using a "mental telepathy machine" on him to control his life.

1/2015 Bruni continues to call the police department to claim that I am torturing him through the use of my "mental telepathy machine."

12/2015 Bruni sends certified letters to Margate Police Department and FDLE making the same claims that I am using a "mental telepathy machine" to control his thoughts and actions. In this letter Bruni identifies my home address and age, signifying that he knows where I live.

I believe that Bruni is suffering from a mental disorder, and that he has fixated on me as a person who has caused all of his problems. Bruni has shown signs of violent behavior in the past, and I fear that he will become violent toward me or my family in the future.

Bruni's actions and course of conduct have created a well-founded fear in me and my family that he will resort to violence in the future in order to stop this supposed torture I am causing him through "my mental telepathy machine."

My wife and I believe that Bruni may ultimately reach his breaking point and take matters into his own hands. The logical way to do that would be for him to disable the "mental telepathy machine" that sits

*[handwritten bottom:]* 2 of 3

PV
3
SWORN
STATEMENT

*EXHIBIT-A-*

inside of my family's home. This has produced a well-founded fear that he will attempt to gain entry into my home and disable the source (in his mind) of all his troubles. I believe that Bruni is an able-bodied adult who has the capacity to carry out any assault he may deem necessary in order to disable this supposed "mental telepathy machine." This fact has deepened my concern for his propensity to commit a future violent act toward me or my family.

Curt Lai

12/9/2015

THIS WILL SHOW WHEN I HR FINLY. RECIEVED MY PAKAGE OF EVIDENC
BECAUSE OF THERE LIES AND TIMES AND DATE THERE FUCKED LIERS HERE IS THE

EXIBIT A

## OFFENSE-INCIDENT REPORT

**Lighthouse Point Police Dept.**

| | | |
|---|---|---|
| Agency Report Number | 151201010271 | Primary Offense Description **STALKING** |

### Narrative

On 02/02/2016, I received a message from Sergeant Lai, who had been contacted by FDLE Special Agent Waters out of the Miami Regional Operation Center. Agent Waters had received a package from Bruni containing 10 manila folders with various hand-written documents and was inquiring if we wanted them. Sergeant Lai made contact with Agent Waters who advised that there did not appear to be any direct threats among the documents.

On 02/03/2016, I called Agent Waters and made arrangements to meet at a government office located at 7795 SW 6th Street in Plantation to turn th package/files over to me. Upon arrival, I signed for receipt of the package on an FDLE chain-of-custody invoice and was provided a copy.

Review of the packaging shows that the return address was Bruni's address in Coconut Creek however a check of the USPS tracking number (#9505513225856014341371) reveals it was shipped from Hicksville NY on 01/14/2016 at 1328 hours and arrived at the FDLE Miami office on 01/16/2016 at 1323 hours. The package sat at the office until Agent Waters received it late last week, possibly Thursday 01/28/2016.

The documents appeared to be mostly repeat copies of previously known letters from Bruni however there was some new information that appeare to be in response to Sergeant Lai's restraining order which had been served to Bruni in December 2015. Each of the 10 manila folders were labeled as follows along with new or notable corresponding documents that were found within, if any:

File 1: Labeled as an open letter to the FDLE and ASA, list of people in charge of the case, list of "evidence," list of "charges" against the LHPPD, demand letter given to LHPPD chief Licata in November 2014, list of government agencies he has asked to help him, contact information for an "expe mental telepathy witness," list of the assets he lost due to the LHPPD, list of "men involved in conspiracy," list of what telepathic equipment can do to him and a letter describing his life before and after the mental telepathy.

File 2: Labeled as a list of LHPPD motives, Sergeant Lai's motives and alibi, LHPPD "M.O.," and LHPPD illegal defense. In this file, among other ramblings, Bruni describes how the LHPPD has fabricated a defense that he is mentally ill by continuously baker acting him illegally.

File 3: Labeled as police reports from Lighthouse Point, Coconut Creek and Margate jurisdiction. This file has copies of various reports from each jurisdiction along with Bruni's hand-written explanations for each one. The explanations follow the known theme that the mental telepahy is responsible or the LHPPD is out to torture and kill him.

File 4: Labeled as restraining orders. This file includes two injunctions Bruni attempted to file in 2009 against Sergeant Lai and now-retired Captain Marchitello. Both of these were declined by the court. Also included is Sergeant Lai's injunction filed in December 2015 and the rescheduled hearing copy. In a letter explaining how Sergeant Lai's injunction is illegal, he references that he is writing that letter on 01/02/2016.

File 5: Labeled as a letter to Judge Robinson. This file follows the theme of yet another government contact Bruni had reached out to. This particular letter appears to have been written recently, following Sergeant Lai's injunction, and references that he had communicated with ASA Vanessa Romero and given her "evidence" of that the LHPPD has done to him along with her phone number (954)831-6955. I attempted to contact ASA Romero for more information but she was in court at the time.

File 6: Labeled as certified letters to the police chief and mayor of Margate. This file contains copies of the letters sent to both parties as well as the return-receipts.

File 7: Labeled as letters to Chief Licata and Commander Oh of the LHPPD. These are copies of previously known letters dated 07/07/2013 and 05/04/2011 respectively.

File 8: Labeled as a list of 111 questions and answers he will take if given a lie detector test.

File 9: Labeled as records from Bruni's commitment to a mental hospital in Gainesville, FL in 2009. His hand-written letters in this file confess that he lied to the doctors to get released from their custody (by saying that the mental telepathy wasn't real).

File 10: Labeled as a court order from his ex-wife limiting visitation with his son, letter to CBS Miami, MapQuest photo of his former Lighthouse Point residence, LHPPD property invoice, EEG test on his brain waves and a letter to his attorney, Robert Resnick.

I perused all of these files for possible threats not found by Agent Waters with negative results. All of the documents appear to be another plea from Bruni to seek help against the LHPPD and Sergeant Lai.

| | | | | | |
|---|---|---|---|---|---|
| Signature of Officer Reporting | Name of Officer Reporting **CARUSO** | I.D. Number/Locator Code **309/DB** | Unit **36K3** | Date **02/03/2016** | |
| Signature of Officer Reviewing | Officer Reviewing (If Applicable) | I.D. Number | | Date | |

*EXIBIT-A-*

1 of 2

Put on Mental Tele.
Feb 2007

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

CASE NO.: 16003363CF10A

v.

JUDGE: SINGHAL

LOUIS F BRUNI,

Defendant. **NOTICE OF TAKING DEPOSITION**

_____/

TO: State Attorney's Office, Broward County Courthouse,
201 Southeast Sixth Street, Suite #640
Fort Lauderdale, Florida 33301 (954) 831-6955

YOU ARE HEREBY NOTIFIED that the undersigned Assistant Public Defender will take depositions by oral examination for the purpose of discovery and for use as evidence at the Public Defender's Office, 412 SE 6TH STREET
FORT LAUDERDALE, FL 33301 at the times indicated below, of the following witnesses on:

| | |
|---|---|
| 08/23/2016 1:30 PM DEPARTMENT | OFF JASON CARUSO, #309, LIGHTHOUSE POINT POLICE |
| Defend 08/23/2016 2:00 PM DEPARTMENT | OFF CURT LAI, #278, LIGHTHOUSE POINT POLICE |
| 08/23/2016 2:30 PM DEPARTMENT | OFF DAVID DYESS, #279, LIGHTHOUSE POINT POLICE |
| 08/23/2016 3:00 PM DEPARTMENT | OFF KEVIN HANCOCK, #298, LIGHTHOUSE POINT POLICE |

Said deposition will be taken before any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in this action.

Said deposition is to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examination will continue from hour to hour and from day to day until completed.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via inter-office mail to the Office of the State Attorney, ROSS WEINER, Broward County Courthouse, Fort Lauderdale, Florida on: July 5, 2016 and that a good faith effort has been made to coordinate the date, time and location of the above depositions with the above witnesses and pursuant to agreement with the state attorney.

Def CHIEF ROSS LICATA
Def LT JACK VACCARO

HOWARD FINKELSTEIN
Public Defender

S/ JAMES KINSLER RUBIN

_____
JAMES KINSLER RUBIN, Esq.
Fla. Bar No. 0131474
Assistant Public Defender
Attorney for Defendant
(954) 831-8550

Court Reporters

2

EXIBIT A

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

CASE NO.:  16003363CF10A

v.

JUDGE:     SINGHAL

LOUIS F BRUNI,

Defendant.

**NOTICE OF TAKING DEPOSITION**

_____/

TO:     State Attorney's Office, Broward County Courthouse,
        201 Southeast Sixth Street, Suite #640
        Fort Lauderdale, Florida 33301     (954) 831-6955

        YOU ARE HEREBY NOTIFIED that the undersigned Assistant Public Defender will take depositions by oral examination for the purpose of discovery and for use as evidence at the Public Defender's Office, 412 SE 6TH STREET
FORT LAUDERDALE, FL 33301 at the times indicated below, of the following witnesses on:

08/25/2016 1:30 PM          OFF PATRICIA HODGKINSON, #11305, BSO-DISTRICT XV
08/25/2016 2:00 PM          DET JOE KESSLING, #10333, BSO- DISTRICT XII - OAKLAND
08/25/2016 2:30 PM          DET JOSEPH TAVARES, #198, LIGHTHOUSE POINT POLICE
DEPARTMENT

        Said deposition will be taken before any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in this action.

        Said deposition is to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. Said oral examination will continue from hour to hour and from day to day until completed.

        I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via inter-office mail to the Office of the State Attorney, ROSS WEINER, Broward County Courthouse, Fort Lauderdale, Florida on: July 5, 2016 and that a good faith effort has been made to coordinate the date, time and location of the above depositions with the above witnesses and pursuant to agreement with the state attorney.

                                        HOWARD FINKELSTEIN
                                        Public Defender

                                        S/ JAMES KINSLER RUBIN

                                        _____
                                        JAMES KINSLER RUBIN, Esq.
                                        Fla. Bar No.  0131474
                                        Assistant Public Defender
                                        Attorney for Defendant
                                        (954) 831-8550

        Court Reporters

*[Handwritten annotations across top:]* ...ABOUT 24 HRS BY TRACKING ME AND LISTENING TO MY CONVERSATIONS TELEPATHICLLY THIS IS THERE WRITING NOT MINE SEE HOW STUPID THEY ARE NARRATIVE CONTINUATION THEY ARE ADMITTING THEY KNOW ... WILL PROOVE THE LHPPD KNOWS ...

*[Handwritten left margin:]* WHERE DID HAWKINS GET THIS INFORMATION FROM TELEPATHIC CONVERSATION THATS HOW How could THEY Know I WAS ON MY WAY HOME AT THAT TIME ON THAT DATE Just A LITTLE DIFFERENT EVIDENCE F.D.L.E THERE ASS HOLES THATS HOW THEY KNEW I WAS ON MY WAY HOME AND WHEN I GOT HOME THERE WAS A UNMARKED BLACK INFINITI PARKED ACROSS THE STREET SO LHP.P.D. POLICE OFFICER CAME OUT OF THAT UNMARKED CAR AND ARESTED ME

**Lighthouse Point Police Department**

*[Handwritten:]* HERE IS YOUR PROOF

| Date of Supplement | 01/30/2008 |
| Original Date Reported | 01/19/2008 |

Case Reference: CRIM MISCHIEF

| | Agency ORI Number | Agency Report Number |
| 1. Offense 2. Arrest | Juvenile WarnDismiss | 1. Original 1. Original 2. Supplement |
| | FL0062000 | 0801190004 |

*[Handwritten:]* MY WHERE ABOUTS

ON 1/30/2008 I WAS INFORMED BY DET. HAWKINS THAT INFORMATION WAS RECEIVED THAT LOUIS BRUNI WAS ENR... TO HIS RESIDENCE AT APPROXIMATELY 1425HRS. IT WAS KNOWN THAT AN OUT OF CUSTODY PC EXISTED FOR BRUN... ARREST FOR CRIMINAL MISCHIEF. BRUNI ARRIVED AT HIS RESIDENCE AROUND 1445HRS. WHILE BRUNI WAS WALKING TO HIS FRONT DOOR I ATTEMPTED TO MAKE CONTACT WITH BRUNI. BRUNI NOTICED TH... WAS AN OFFICER IN UNIFORM, TURNED AND STATED "NO! I AM NOT TALKING TO YOU". BRUNI RAN TO HIS FRONT DOOR TO LOCK HIMSELF INSIDE HIS RESIDENCE. IN THIS ATTEMPT TO GET AWAY FROM ME BRUNI BROKE A SIX P... OF CORONA BEER AGAINST HIS DOOR FRAME WHICH HE WAS CARRYING WITH HIM AT THE TIME. BRUNI WAS ABLE TO GET TO HIS UPSTAIRS BEDROOM AND LOCK HIMSELF INSIDE. I COULD HEAR LOUIS BRUNI ON THE TELEPHONE YELL... TO HIS EX WIFE DIANE BRUNI "THE POLICE ARE IN MY HOUSE TRYING TO HURT ME". SEVERAL ATTEMPTS WERE M... TO COAX BRUNI TO LEAVE HIS BEDROOM BUT I WAS UNSUCCESSFUL. AS I EXITED THE RESIDENCE AND STOOD IN H... DRIVEWAY FOR A FEW MINUTES BRUNI CAME DOWNSTAIRS AND LOCKED HIS FRONT DOOR REFUSING TO SPEAK WITH M...

*[Handwritten interlineations:]* WITH NO PEMISION IN MY HOUSE ON SECOND FLOOR; THEY ADMIT ENTERING MY HOME WITH No WARRENT THEY DID THIS TO ME ALL THE TIME

AT APPROXIMATELY 1530HRS DIANE BRUNI ARRIVED AT THE RESIDENCE. I MADE CONTACT WITH HER AND SHE ADVI... THAT SHE WILL HAVE HIM EXIT THE RESIDENCE TO SPEAK WITH ME. DIANE BRUNI HAD LOUIS BRUNI EXIT THE NORTH SIDE ENTRANCE TO HIS RESIDENCE. AFTER A SHORT DISCUSSION LOUIS BRUNI WAS ABLE TO BE APPREHEND... AND PLACED INTO CUSTODY.

LOUIS BRUNI WAS PLACED INTO CUSTODY FOR THE OUTSTANDING PC FOR CRIMINAL MISCHIEF, AND HE WAS TRANSPORTED TO THE LIGHTHOUSE POINT POLICE DEPARTMENT FOR FURTHER PROCESSING. LOUIS BRUNI WAS THEN TRANSPORTED TO THE BSO MAIN JAIL WHERE HE WAS RELEASED TO BSO CUSTODY.

*[Handwritten large block:]* IT WAS IMPOSSIBLE FOR THE LHP.P.D. TO KNOW I WAS ON MY WAY HOME FROM WORK AT THIS TIME 2. P.M AND DATE THEY KNEW BECAUSE OF TELAPATHIC COMUNICATION BETWEEN LOUIS BRUNI AND THE LIGHT HOUSE POINT P.D. THAT THE ONLY WAY. JUST ANOTHER LITTLE F*CKUP BY THE LHPPD CRIMINAL MAKE MISTAKE AND GET CAUGHT IN MY CASE THE L.H.P.P.D. IS THE CRIMINAL AND GOT CAUGHT AND NOW THEY WANT TO KILL ME TO GET AWAY WITH THIS MOST HANIS CRIME IN BROWARD COUNTY HISTORY I AM THE ONLY PERSON AND WITNESS THAT CAN PUT THEM IN PRISON FOR EVER AND SUE THEM FOR MILLION THAT WHY THEY ARE MURDERING ME

| Report Contains | | | Related Report Number(s) | Name of Officer Reporting | I.D. Number/Locator Code |
| | | | | OFC RIEMER | 317/36B5 |
| Officer Reviewing (If Applicable) | | | | I.D. Number | Unit | Date |
| SGT. C. LAI | | | | 278 | 36D4 | 01/30/200... |
| Signature of Officer Reviewing | | Routed To | Referred To | Assigned To | By | Date |
| | | | | N/A | TAVARES | 02/01/200... |
| Case Status CA | Clearance Type 1. Arrest 2. Exceptional 3. Unfounded | 1 | A-Adult J-Juvenile A | Date Cleared 01/30/2008 | Arrest Number LP08017 | Number A... |
| Exception Type 1. Extradition Declined 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | OBTS Number | Page 1 of 1 |

Proof OF LIES AND FELBRICATION, BETWEEN
Louis Bruni AND THE Light House Point P.D.

(Pg 1) (0271)          EXHIBIT-A-

                                                    12-7-2015
                                    DATE REPORT was WRITTEN

1st LIE     Light House Point P.D. AGENCY REPORT #
            15120101 0271 STATES ON 12-1-2015 RECIEVED     LH.P.D
            A Package From THE MARGATE P.D. Containing
            40 HAND WRITTEN LETTER THAT WHERE MAILED
            To MARGATE CHIEF OF Police From Louis Bruni
            This is A LIE Louis Bruni MAILEDONE LETTER
            To MARGATE CHIEF OF Police NOT 40 LETTERS.

2CD LIE     2CD LIE IT SAID THAT PACKAGE WAS TURND
            OVER TO THE LHPRD. ON 12-1-2015 THAT
            IS A LIE AND IMPOSEABLE HOW CAN THE LHBRD
            RECIEVE THIS COMPLAINT AND PACKAGE ON 12-1-20
            WHEN I NEVER MAILED IT OUT FROM N.Y. ON
            TILL 12-12-2015 IT IS POST MARKED 12-12-2015

3RD LIE     IT ALSO STATES THAT ON THIS REPORT THAT
            BECAUSE OF THIS LETTER TO MARGATE CHIEF
            OF POLICE ON 12-1-2015 SGT CURT GAI PUSH
            FOWARD TO CHARGE Louis Bruni WITH STALKING
            /HARASSMENT THIS REPORT WAS WRITTEN ON 12-12
            HOW CAN THE LH.P.P.O CHARGE ME WITH STALKEN   2015
            AND HARASSMENT ON 12-1-2015 IF THE
            MARGATE P.D. DID NOT RECIEVE THIS COMPLAIN
            AND LETTER FROM Louis Bruni TILL 12-15-2015
            THEY DID NOT HAVE THIS LETTER IN THERE
            POSESSION AND ON 12-12 SHOULD NOT EVEN KNOW
            THAT THIS LETTER EVEN EXISTED IT DID NOT GET
            TO THE MARGATE P.D. TILL 12-15-2015 3 DAYS
            LATER AFTER HE PRESC x CHARGES THEY
            PRESS CHARGES BEFORE THE LETTER GOT TO THE
            MARGATE P.D DID THEY FORSEE THE FUTURE AND IT

## EXHIBIT-A

1. THEY LIEDAND ARE WRONG OF SAYING THAT I PUT MY ADRESS WHERE I WAS STAYING IN N.Y IN THE LETTER TO THE MARGATE P.D. AND WHERE I CAN BE REACHED I.D.D NOT PUT THAT ADRESS IN THE LETTER READ THE LETTER AND SEE FOR YOUR SELEXT'S A LIE THAT THEY MADE UP SO IF ANY ASK THEM HOW DO YOU FIND LOUIS BRUNI IN N.Y THEY WOULD LIE AND SAY IT IN THE LETTER BUT IT IS NOT I DID NOT WANT ANYONE TO KNOW WHERE I WAS AT ALL AND NOBODY KNEW WHERE I WAS EXSEPT ME AND MY SISTER AT HERE HOUSE

2. THEY LIED AND ARE WRONG THEY SAID THAT THE LETTER THAT I MAIL TO THE MARGATE P.D. CAME FROM HICKSVILLE N.Y. AND IT IS POST MACKED HICKVILL NY THERE WRONG THE LETTER WAS MAIL FROM HOLBROOK N.Y AND POST MACK RONKONKAMOYE NY A DIFFERENT CITY AND A DIFFERENT COUNTY. SEE HOW STUPID THEY ARE AND HOW THEY LIE

3. THE LHPPD. NEW THIS LETTER WAS COMING BEFORE I EVEN GOT THERE BECAUSE OF TELAPATHIC COMUNICATION BETWEEN ME AND THEM

1. BECAUSE ON 12-1-2015 THEY SAID THEY PICKED UP THE LETTER FROM MARGATE P.D. AND MARGATE P.D. DID NOT RECIEVE LOUIS BRUNI LETTER TILL 12-15-20. HOW CAN THEY PICK UP A LETTER ON 12-1-2015 IF THE MARGATE PD DID NOT RECIEVE IT TILL 12-15-2015

EXHIBIT -A-

2 THE LHPPD. AND SGT CURT LAI APPLIED FOR RESTRAINS ORDER ON 12-4-2015 BECAUSE OF LETTER I ALEGALY SENT ON 12-1-2015 - BUT IN REALITY THE LHPPD DID NOT RECIEVE THIS LETTER TILL 12-15-2015 THEY APPLIED FOR REST 11 DAYS EARLYER THAN THEY RECIEVED LETTER FROM LOUIS BRUN, IT LIKE THEY KNOW IT WAS COMING BECAUSE THEY LISTEN TO ALL MY CONVERSATIONS AND KNOW EVERY MOVE I MAKE BECAUSE I AM ON TELAPATIC COMMUNICATION WITH THE LHPPD. HOW ELSE COULD THEY KNOW THIS LETTER IS ON ITS WAY 11 DAYS BEFORE IT GOT THERE

3 THEY HAD SGT CURT LAI COMPLETE A SWORN STATEMENT REGARDING THIS CASE BECAUSE OF LOUIS BRUNS LETTER AND ALIGATION TOO THE CHIEF OF POLICE OF MARGATE REGARDING CURT LAI ON 12-10-2015 HOW CAN CURT LAI DO A SWORN STATEMENT BECAUSE OF THIS LETTER ON 12-10-2015 IF THE MARGATE PP DID NOT RECIEVE THE LETTER ON AND UNTIL 12-15-2015 THEY DID ALL OF THIS BEFORE THE LETTER EVEN GOT TO THE MARGATE P.D

THE ONLY WAY THE LHPPD NEW WHERE I WAS IN N.Y. IN THIS SPICIFIC HOUSE 1500 MILES AWAY IN A DIFFEENT STATE IS TELAPATHIC COMMICATION AND THE PROOF OF TELAPATIC COMMUNICATION IS THEY NEW THIS LETTER WAS COMING 14 DAY BEFOR IT GOT THERE THEY SAID THEY RECIEVE THIS LETTER

# EXHIBIT-A-

ON 12-1-2015 AND IN REALITY AND BY PROOF
OF THE U.S. MAIL POST MARK TIME AND
DATE THEY DID NOT RECIEVE THE LETTER
FROM LOUIS BRUNI AND THE MARGATE P.D
TILL 12-15-2015

PROOF OF TELEPATHIC COMMUNICATION
THEY KNEW THE LETTER WAS COMMING
BEFORE IT GOT THERE

REFERENCE

1 THE LHPPD SAID I SENT 40 LETTERS TO MARGATE P.D
AND I ONLY SENT ONE

2 THE LHPPD SAID THEY RECIEVED THE LETTER FROM
THE MARGATE P.D ON 12-1-2015 THATS IMPOSIBLE
BECAUSE THE LETTER I SENT TO MARGATE P.D DID NOT
GET THERE TILL 12-15-2015

3 CURT LAI WENT FORWARD AND CHARGE ME WITH
STALKING ON 12-1-15 BECAUSE OF THE LETTER LOUIS BRUNI
SENT TO MARGATE P.D BUT THE MARGATE P.D
DID NOT GET LOUIS BRUNIS LETTER TILL 12-15-2015
HE SHOULD HAVE NOT HAD ANY KNOWLEGE OF THIS
LETTER ON 12-1-2015 BUT HE DID BECAUSE OF
TELEPATHIC COMUNICATION BETWEEN LOUIS BRUNI
AND THE LHPPD. THEY KNOW LOUIS BRUNIS EVERY
MOVE BECAUSE THEY CAN HERE HIS CONVERSATION
AND CAN HERE HIS THOUGHTS AND KNOWS HIS EVERY

4 OFFICER CARCUSO STATES THAT LOUIS BRUNI PUT
HIS ADRESS WHERE HE COULD BE FOUND IN HIS LETTER
TO MARGATE P.O BUT LOUIS BRUNI DID NOT ANOTHER
LIFE AND OFFICE CARCUSO WILL NEVER PROOVE HOW HE FOUND
MY ADRESS AND LOCATION IN N.Y. THE ONLY WAY IS TELEPATHIC
COMMUNICATION

EXHIBIT -A-

PG 5 OF 2?

5 OFFICER CARUSO ALSO STATES THAT THE LETTER
TO THE MARGATE P.O. IS POST MARKE HICKSVILLE
NY BUT IT US NOT IT IS POST MARKED
RONKONKOMOKE NY HE IS LIEING AGAIN AND
LIED AGAIN DIFFERENT COUNTY AND DIFFERENT CITY

6. SGT CUCT LAI APPLIED FOR INJUNCTION OF
PROTECTION AGAINST LOUIS BRUNI ON 12-4-20
BECAUSE OF LOUIS BRUNIS LETTER HE ALREADY
SENT ON 12-1-2015 BUT LOUIS BRUNI
PROVES BUT IN REALITY THE MARGATE P.O.
AND THE LHPPD DID NOT RECIEVE LOUIS
BRUNI LETTER TILL 12-15-15 11 DAY BEFORE
LOUIS BRUNIS LETTER WAS RECIVEN BY THE LHPD

7 BECAUSE OF THE LETTER LOUIS BRUNI SENT TO
THE MARGATE P.O. SGT CUCT LAI COMPLETED
A SWORN STATEMENT ON THIS CASE ON 12-10-2015
HOW AND WHY WOULD HE DO THIS SWORN
STATEMENT ON 12-10-2015 IF THE LETTER TO
MARGATE PD DID NOT GET TO THE TO 12-15-2015

THE THRUTH ABOUT ALL OF THESE LIES
BY THE LHPPD IS THE LHRPD ACTED AND DID
ALL OF THIS BEFORE THE MARGATE P.O. AND
THE LHPPD GOT LOUIS BRUNI LETTER AND THAT
IS PROOF OF TELAPOTHIC COMUNICATION BETWEEN
LOUIS BRUNI AND THE LHPPD THEY DID ALL
OF THIS BECAUSE THEY KNEW THE LETTER WAS COMMING

# EXHIBIT -A-



(8) BEFORE IT EVEN GOT THERE AND THE
C.H.P.R.D. ALREADY KNEW BEFORE THEY GOT THE
LETTER FROM LOUIS BRUNI THAT LOUIS BRUNI
KNEW AND FOUND OUT WHERE CLINT LA ADDRESS
LIVED AND THERE
TELAPOTIC COMMUNICATION BECAUSE THEY
KNOW LOUIS BRUNI EVERY MOVE BECAUSE
THEY CAN HERE HIS CONVERSATION AND KNOWS
WHAT HE IS THINKING SO THEY DID ALL OF
THESE THINGS BEFORE THEY RECIEVED
LOUIS BRUNIS LETTER BECAUSE THEY NEW
ALL OF THIS BEFORE THE LETTER EVER GOT TO
MARGATE P.D. AND VIA THE HANDS OF THE
C.H.P.R.D. THEY KNEN ALL OF THIS AND PROVE ALL OF THIS
BEFORE LOUIS BRUNIS LETTER GOT TO MARGATE P.D. ON 12-15-2015

ASK THEM HOW THEY

KNEW THIS LETTER TO MARGATE

WAS COMMING BEFORE IT GOT

THERE THAT PROOVE

TELAPATIK COMMUNICATION AND
24-7 STACKING AND TRACKING LOUIS BRUNI
AND ASK THEM HOW THEY FOUND LOUIS BRUNI IN
N.Y. TO SERVE HIM WITH A TEMPORARY RESTRAING ORDER FIRST RO
I WILL TELL YOU HOW TELAPATIC COMMUNICATION THAT IS THE
ONLY WAY THEY FOUND ME 1500 MILES AWAY IN A DIFERENT STATE IN

ALL OF THIS INFORMATION WAS IN POSSESSION CUCT LAI
AND THE L.H.P.P.D. TO KNOW BEFORE THE MARGATE P.D RECIEVE
A COMPLANT LETTER FROM LOUIS BRUNI ON 12-15-2015 AND ALL
THIS INFORMATION IS PROOF OF TELAPATHIC COMUNICATION BY THE LHPP

**EXHIBIT** 1. HOW DID SGT CUCT LAI KNOW THE LETTER TO THE (AND ME LOUIS BRUNI)
MARGATE P.D. WAS COMING TO THE MARGATE P.D.
-A- ON 12-4-2015 WHEN IT DID NOT ARRIVE TO
THE MARGATE P.D. TILL 12-15-2015 TO APLY FOR RESTRANING ORDER ON 12-4-2015

2. HOW DID AND WHY DID CUCT LAI APPLIE FOR
A RESTRAING ORDER ON 12-4-2015. LF THE
LETTER WITH CUCT LAIS ADDRESS ON IT DID NOT
ARRIVE TO THE MARGATE P.D. TILL 12-15-2015

3. WHY DID CUCT LAI DO A SWORN STATEMENT ON
12-10-2015 LF THE LETTER TO THE MARGATE P.D.
DID NOT ARRIVE TILL 12-15-2015.

4. WHY DID THE LHPPD LIE AND SAY ABOUT THE
LETTER TO THE MARGATE P.D. AND SAID IN MY
LETTER TO THE MARGATE P.D. I LEFT MY ADDRESS I CAN
BE FOUND AT IN THE LETTER AT 22 SPINDLE RD.
HICKVILLE N.Y. WHEN IT DOES NOT STATE THAT IN
THIS LETTER THEY LIED BECAUSE THEY CAN NOT
PROOVE HOW THEY FOUND LOUIS BRUNI IN N.Y. THERE
IS ONLY ONE WAY TELAPATHIC COMUNICATION BY
LISTENING TO LOUIS BRUNI S CONVERSATION WITH ANOTHER TO SERVE HIM WITH A RESTRANING ORDER

5. WHY DID THE LHPPD POLICE REPORT SAY THAT THE
LETTER TO THE MARGATE P.D. IS POST MARK HICKVILLE
N.Y. BECAUSE IT IS NOT POST MARKED HICKSVILLE N.Y
IT IS POST MARK RONKONKAMA N.Y. A DIFFERENT
CITY AND A DIFFERENT COUNTY IN N.Y. ANOTHER LYE

6. HOW DID SGT CUCT LAI KNOW I KNEW HIS ADRESS ON LOUIS BRUNI
12-4-2015 WHEN HE FILED FOR RESTRANING ORDER BECAUS
OF THE LETTER LOUIS BRUNI SENT TO THE MARGATE P.D.
WITH HIS ADRESS ON IT

① MOOR EVIDENCE OF TELAPATHIC

COMUNICATION BETWEEN

LOUIS BRUNI AND THE

L,H,P,P,D LIES

VOLUNTRY
STATMENT

HOW COULD SGT CURT LAI SWARE IN

A SWORN STATEMENT ON 12-10-15

ABOUT A LETTER I SENT TO THE
MARGATE P.D ON 12-15-2015
THEY SHOULD HAVE NOT HAVE ANY KNOWLEGE OF
THIS LETTER TILL 12-15-2015 BUT THEY KNEW
5 DAY MORE EARLER ERLIER BEFORE THE
LETTER TO THE MARGATE P.D. EVEN GOT
THERE HOW CAN THEY KNOW THAT IT WAS COMING THAT I
LOUIS BRUNI WILL TELL YOU HOW TELAPATHIC
COMUNICATION BETWEEN LOUIS BRUNI AND
THE LHPP.D. THEY KNOW MY EVERY MOVE BY
LISTENING TO EVERY THING I DO SAY AND 4-7
#2. ON THIS REPORT IT STATE THAT THEY HAD
KNOWLEGE OF LOUIS BRUNI HAS WRITING A LETTER
TO THE F.D.LE A CERTIFIED LETTER TO F.D.L.E.
FIRST OF ALL LOUIS BRUNI NEVER SENT A LETTER
TO F.D.LE A CERTIFIED LETTER TO F.D.L.E. HE
SENT A MANILA FOLDER OF

EXHIBIT A

③ CURT
LAD
VARONS STATE
MENT

EVIDENCE AND INFORMATION ABOUT CURT
LAI AND THE LHPPD. AND IT WAS REGULAR
2 DAY MAIL NOT CERTIFIED MAIL JUST ANOTHE
LIE AND MISTAKE BY THE LHPPD, AND HERE IS
YOUR PROOF OF TELAPATHIC COMUNICATION
LIES AND HOW THE LHPPD. KNOWS WHAT I
AM DOING BEFORE I EVEN DO IT. REMEMBER
THIS SWORN STATEMENT BY CURT LAI WAS
TAKEN AND RECORDED ON 12-10-15 HOW CAN
THEY KNOW I SENT INFORMATION AND EVIDENCE
TO THE FDLE. ~~XXXXXXX~~ ON 12-10-15
WHEN THE FDLE. HAD NOT RECIEVE MY
COMPLAINT AND 10 MINILA FOLDERS OF
EVIDENCE UNTIL JAN 16-2016 IT IS
IMPOSSIBLE FOR THE LHPPD. TO KNOW ON
12-10-15 THAT I WAS GOING TO SEND
A COMPLAINT TO FDLE. ON JAN 16 2016
THATS OVER ONE MOUNTH EARLIER ~~XXXXXX~~
HOW CAN THE LHPPD. KNOW WHAT LOUIE BRUN
IS GOING TO DO IN THE FUTURE IN THIS CASE
36 DAY LATER AFTER CURT LAIS SWORN
STATEMENT ~~D~~ THEY KNEW BEFORE I EVEN ~~D~~
DID MAIL THIS INFORMATION ABOUT CURT LAI
TO THE FDLE. THAT I WAS PLANINS ON MAILIN
IT TO THE FDLE 36 DAY'S ~~XX~~ EARLIER DO I
HAVE TO PROOVE ANY MORE TELAPATAIC
COMUNICATION ANY MORE TO YOU JUDGE (FROM
                                    THEM
AND JURY PLEASE GO THERE AND TAKE IT AWAY

*(Handwritten annotations surrounding the document:)*

LOOK HOW BAD THEY WANTED ME EXIBIT A
THEY HAD EVER LOOK AND THEY KNOW WHERE I AM 24-7. BUT THEY WANT THE OTHER COPS TO GET ME IN TROUBLE IF THEY PULL ME OVER

JUST A LITTLE

THIS BULLETIN WAS HANDED OUT ON 12-1-2015 AND I SAID THAT I GAVE THE A HAND WRITTEN LETTER TO MARGATE PD WITH SGT CURTS HOME ADRESS ON IT HERE IS YOUR PROOF AND MORE PROOF OF TELAPATHIC COMUNICATION (READ)

100% OF TELAPATHIC COMUNICATION JUST READ IT

# Lighthouse Point Police Department

## Criminal Intelligence Bulletin

| Case# | Contact Information: |
|---|---|
| Issuer: Det. Sgt. D. Dyess | Telephone# (954)784-3418 |
| Date Issued: 12/01/2015 | Email: ddyess@lighthousepoint.com |
| C.I.B.#15-078 | Approved By: Det. Sgt. Dyess |

### Officer Safety Update

On 12/01/2015 Louis Bruni delivered a hand written statement to the Margate Police Department regarding his repeated complaints against Sgt. Lai, complaints which date back several years. The current statement includes Sgt. Lai's home address but does not contain any direct threat. Bruni's only registered vehicle, Silver 2001 Chrysler 2D with Fl. license plate CKAJ99 (Expired) is still in our LPR hotlist. Bruni's Driver's License was suspended (FR) on 04/06/2015. Bruni truly believes that this Agency is controlling his thoughts and actions via "mental telepathy." Familiarize yourself with Louis Bruni and be aware of his obsession with Sgt. Lai and with our Agency.

**Louis Faustino Bruni – 03/23/1963**
6615 NW 32ND AVE
COCONUT CREEK, FL 33073-3226
B650-526-63-103-0

(2014 Chrysler Convertible)
(2014 LPR read)

*Law Enforcement Use Only. Do not release to the public or media.*
Unless specifically indicated, this document does not convey any authority to arrest, detain or take any other law enforcement action. Contact the issuer of the publication before using its contents for anything other than informational purposes.

*(More handwritten annotations:)*

HOW CAN THE LHPD MAKE THIS BULLETIN ON 12-1-2015 IF THE MARGATE P.D. DID NOT RECIEVE MY LETTER TILL 12-15-2015 SEE HOW YOU CATCH THESE ASSHOLES IN THERE BULLITIN LIES THEY NEW THE LETTER TO MARGATE PD WAS ALREADY IT WAY BY TELA BETWEEN ME AND JACK VACLARO REMEMBER HIM

KNEW I WAS WRITING THAT LETTER TO MARGATE P.D. WILE I WAS WRITING IT AND TOLD SGT CURT LAI AND LHPPD AND THEY ACTED BEFORE THE LETTER GOT TO MARGATE PD

HOW DID THE LHPPD KNOW ON 12-1-15 THAT I KNEW SGT CURT ADRESS WHEN MARGATE P.D. DID NOT RECIEVE MY LETTER TILL 12-15-2015 WITH HIS ADRESS

IT THERE IS YOU PROOF OF TELAPOTHY IMPLE THEY KNEW BECAUSE OF TELAPOTHIC COMUNICATION BETWEEN ME JACK VACLARO AND THE LHPPD AS I WROTE THE LETTER WITH JACK VACLARO LISTENING TO ME WRITE IT AND HE TOLD CURT LAI

THE LETTER WAS ON ITS WAY TO THE MARGATE PD BEFORE IT GOT THERE FUCKED UP

THERE IS 100% PROOF OF TELAPATHY BETWEEN ME AND THE LHPPD JACK VACLARO HOW DID THEY WRITE THIS BULLITIN BEFORE THE LETTER WITH CURT LAIS ADRESS ON IT GOT TO THE MARGATE

THE LHPPD PRINTED THIS BULLITIN BEFORE THE MARGATE PD GOT THE LETTER FROM LOUIS BRUNI WITH SGT CURTS ADRESS ON IT



See 12 Pages

EXHIBIT B

**OFFENSE-INCIDENT REPORT**

Lighthouse Point Police Department

| | | |
|---|---|---|
| FL0062000 | Gang Related | |
| ADM Date of Supplement | | |

Juvenile in Report: N
Juvenile Warn/Dismiss
1. Original
2. Supplement: 1

Agency Report Number: 141229008928
Primary Offense Description: POLICE ASSIST

## Event Information

**EVENT DATA**

Original Day Reported: MON
Date: 12/29/2014
Time (mil): 1300
Time Dispatched (mil): 1300
Time Arrived (mil): 1300
Time Completed (mil): 1330

Incident Type:
1. Felony
2. Traffic Felony
3. Misdemeanor
4. Traffic Misdemeanor
5. Ordinance
9. Other

Incident: Day
From: MON   Date 12/29/2014   Time (mil) 0900
To: MON   Date 12/29/2014   Time (mil) 1000

OFF/INC #1 Type: 9   INFORMATION
A-Attempted C-Committed
Statute Violation Number - Chapter, Section, Sub
NCIC/UCR Code

OFF/INC #2
A-Attempted C-Committed

Incident Location (Street Number, Street, Apt)
3701   NE 22 AVE
City: LIGHTHOUSE POINT
Zip: 3304
District: 36
Grid
Area: R6
Zone: 5

Business Name/Area Identifier: LIGHTHOUSE POINT POLICE DEPARTMENT
Forced Entry
Occupancy

Location Type:
01. Residence Single
02. Apartment/Condo
03. Residence-Other
04. Hotel/Motel
05. Convenience Store
06. Gas Station
07. Liquor Sales
08. Bar/Nightclub
09. Supermarket
10. Dept/Discount Store
11. Specialty Store
12. Drug Store/Hospital
13. Bank/Financial Inst
14. Commercial/Office Bldg
15. Industrial/Mfg
16. Storage
17. Gov't/Public Bldg
18. School/University
19. Jail/Prison
20. Religious Bldg
21. Airport
22. Bus/Rail Terminal
23. Construction Site
24. Other Structure
25. Parking Lot/Garage
26. Highway/Roadway
27. Park/Woodlands/Field
28. Lake/Waterway
29. Motor Vehicle
30. Other Mobile
99. Other

# OFF/INC: 0   # Victims: 0   # Offenders: 0   # Perm. Ent.: 0   # Veh. Stolen: 0

Type of Weapon:
00. N/A
01. Handgun
02. Rifle
03. Shotgun
04. Firearm
05. Knife/Cutting Instrument
06. Blunt Object
07. Hands/Fist/Feet
08. Poison
09. Explosives
10. Fire/Incendiary
11. Threat/Intimidation
12. Simulated Weapon
13. Drugs
88. Unknown
99. Other

## Persons Information

**CODES**

V/W Code: N/A

V - Victim   C - Complainant
W - Witness   O - Other

Person Type:
1. Juvenile
2. L.E. Officer
3. Adult
4. Business
5. Government
6. Church
7. Other

Race:
I-American Indian
O-Oriental/Asian
U-Unknown
N-N/A
W-White
B-Black

Sex:
N-N/A
M-Male
F-Female
U-Unknown

Residence Type:
0. N/A
1. City
2. County
3. Florida
4. Out-of-State

Residence Status:
0. N/A
1. Full Year
2. Part Year
3. Non-Resident

Extent of Injury:
0. None
1. Minor
2. Serious
3. Fatal

Injury Type:
00. N/A
01. Gunshot
02. Stabbed
33. Laceration
34. Unconscious
05. Poss. Broken Bones
05. Poss. Internal Injury
07. Loss of Teeth
08. Burns
09. Abrasions/Bruises
06. Other

Victim Relationship to Offender:
00. N/A
01. Undetermined
02. Stranger
03. Spouse
04. Ex-Spouse
05. Co-Habitant
06. Parent
07. Brother/Sister
08. Child
09. Step-Parent
10. Step-Child
11. In-Law
12. Other Family
13. Student
14. Teacher
15. Child of Boy/Girl Friend
16. Boy/Girl Friend
17. Friend
18. Neighbor
19. Sitter/Day Care
20. Employee
21. Employer
22. Landlord/Tenant
23. Acquaintance
99. Other Known

**VICTIM / WITNESS**

OFF/INC Indicator:
- #1
2 - #2
3 - Both
V/W Code #: 1
O
Person Type: 3
Name (Last, First, Middle or Business): BRUNI   LOUIS   FAUSTINO
Residence Phone: 954 531-0845

Address (Street, Apt, Number)
City
State
Zip
Business Phone: 954 946-0600

Other Contact Info. (Time Available, Interpreter, etc.)
954-972-0838,  954-570-8458,  954-946-1956
Synopsis of Involvement: CONCERNED INDIVIDUAL

N V/W Code is V, W or O Fill in this Line
Dom. Violence
Race: W
Sex: M
Date of Birth: 03/23/1963
Age: 51
Res. Type
Res. Status
Extent of Injury
Injury Type(s)
Relationship
Ethnicity
Will Victim prefer charge? Yes □ No □

## Narrative

On December 29, 2014, Louis Bruni arrived at the Lighthouse Point Police Department and requested to meet with Louis and did so in the presence of Ofc. Hawkins and me. The meeting took place in an interview room which is located in the Lighthouse Point Police Department. It should be noted that this meeting was subsequent to a previously scheduled meeting which was requested by Louis approximately two weeks ago which Louis failed to attend. During this meeting, Louis voiced his concern regarding the following allegations and information.

According to Louis, for the past several years, he has allegedly been targeted by "Sgt. Curt" for the purposes of being a mental telepathy test subject. Louis has made these allegations several times in the past and it has been determined that "Sgt. Curt" is Sgt. Curt Lai who is a currently employed police sergeant for this agency. Louis also alleged that the transmitting of "mental telepathy" was also perpetrated by retired Lighthouse Point Police Department Commander Marchitello who has since ceased his transmission of "brain waves" into Louis' head. Louis claims Sgt. Curt has been sending these waves to his brain for several years and these waves have the ability to control his thoughts and conduct. Louis claims he is suffering from sleep deprivation due to these mental telepathy waves and voices in his head.

Louis claims that Sgt. Curt is able to communicate with him directly via these brain waves and has the ability to instruct Louis to speak or think a given way. Though Louis claims to be able to identify Sgt. Curt as the perpetrator, he describes Sgt. Curt contrary to Sgt. Curt's actual physical appearance and Louis provides inaccurate information regarding Sgt. Curt's employment record and vital statistics. Louis was not able to provide a

**ADMINISTRATIVE**

Signature of Officer Reporting

Signature of Officer Reviewing

Name of Officer Reporting: DET. K. HANCOCK
I.D. Number/Locator Code: 298/36K2
Unit: K2
Date: 12/29/2014

Officer Reviewing (If Applicable)
I.D. Number
Date

Case Status:
CA - Cleared by Arrest
CE - Cleared Exceptionally
CF - Filed with State Atty
CU - Cleared Unfounded
I - Inactive
A - Active
P - Pending

Clearance Type:
1. Arrest
2. Exceptional
3. Unfounded
A-Adult
J-Juvenile
Date Cleared
Arrest Number

Exception Type:
1. Extradition Declined
2. Arrest on Primary Offense Secondary Offense Without Prosecution
3. Death of Offender
4. V/W Refused to Cooperate
5. Prosecution Declined
6. Juvenile/No Custody
Related Report Number(s)
Number Arrested

| FL0062000 | Gang Related | | **OFFENSE-INCIDENT REPORT** | Juvenile in Report | Juvenile Warn/Dismiss | 1. Original 2. Supplement | 2 |
|---|---|---|---|---|---|---|---|
| ADM Date of Supplement 03/19/2015 | | | **Lighthouse Point Police Department** | Agency Report Number 150114000375 | | Primary Offense Description SUSP INCIDENT | |

**Narrative**

On January 28, 2015, Chief Licata and I met with Louis Bruni at the police department. Louis brought with him a plethora of hand-written letters, medical documentation and various forms of correspondence with a myriad of individuals. Many of the hand-written letters detailed his belief that he is being tormented by Sgt. Curt via mental telepathy. These letters also include various non-substantiated allegations against members of the Lighthouse Point Police Department. The letters also detail Bruni's desire to use the police department for various outlandish crimes and absurdities. Many of these letters contain information regarding Bruni's inability to sleep or function as a result of this telepathy he believes he is the recipient of. The mass amounts of information also include wording indicative of an individual who is more likely than not willing to harm themselves or others. During this meeting, Bruni made it very clear that he is not under a doctor's care as he believes his condition is the result of a telepathy device being implanted into his brain and not the result of a medical condition. Bruni refused immediate offers for medical evaluation.

As a result of Bruni's refusal of medical care and in conjunction with his verbal and written testimony both of which were comprised of several statements indicating he will most likely harm himself or another individual if his "torment" did not end; I completed an Ex Parte application which was presented to the Broward County Courthouse's mental health division. A few days after completing this form, I was contacted by the mental health division's Baker Act Unit who informed me that Louis had been transported to Imperial Point hospital under the Baker Act for evaluation. It should be noted that Louis was evaluated there at the hospital for approximately one and one-half days before he was released. It was only a short while after he was released that the Lighthouse Point Police Department began to receive phone calls from Louis who demanded that Sgt. Curt stop his telepathy and be arrested for various crimes. At this time, those members of the Lighthouse Point Police Department who are the recipients of Louis' phone calls have been instructed to provide supplemental reports to this case number for information purposes. These phone calls will be monitored should the need for another Ex Parte order arise. At this time there is no need for further investigation. I recommend this investigation be suspended. The aforementioned information provided by Louis was placed into property under #28330.

I KNOW WHAT CHIEF LICATA SAID ABOUT ME *To you* LOUIS BRUNI IS
A DRUG ADICT AND MENTILY ILL THAT HIS ILLEGAL DEFENCY THAT WAS
PREFABRICATED AND MANUFACTURED BY THE LHP.P.D AND CHIEF ASSHOLE
*F.B.I F.D.L.E* YOUR ANSWER TO CHIEF LICATA AND MY ANSWER TO THAT ~~F.B.I~~ ILLEGAL
DEFENCE AND LIE IS IF LOUIS BRUNI WAS A DRUG ADICT IN FEB OF
2007 AND MENTILY ILL IN 2007 HOW DID LOUIS BRUNI START A
BUISNESS AT 18 YEARS OLD MANAGE TO STAY IN BUISNESS TELL
44 YEARS OLD THAT 26 YEARS IN BUISNESS AND MANAGE TO
ACUMILATE 4 MILLION DOLLARS IN ASSETS AND CASH NEVER
GOT ARESTED OR BAKER ACTED IN HIS LIFE TILL HE MOVED TO
LHP IN 1997- WAS OK FOR 11 YEARS IN LHP STILL SUSTAINED
A MULTY MILLION DOLLAR STATUS AND RUN A THRIVING SUGESSFUL
AUTO BODY COLLISION SHOP AND ON FEB OF 2007 HIS HOLE LIFE FELL
APART *For A crime* WHEN YOU DUMPAS COPS PUT HIM ON TELAPATHIC
COMUNICATION AND MENTALAPATHY AND STATED CONTROLIWG HIS
LIFE AND MADE HIM LOOSE EVERYTHING YOU JELIOS BASTARDS THAT *TELL THEM* *F.B.I F.D.L.E*

| | Signature of Officer Reporting | SCUM | Name of Officer Reporting SGT. K. HANCOCK | I.D. Number/Locator Code 298/36K2 | Unit# K2 | Date 03/19/2015 |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Signature of Officer Reviewing | HE KNOW EVERYTHING BUT WON'T SAY NOTHING BECAUSE HE WILL GO TO PRISON FOR LIFE IF HE DOES TALK | Officer Reviewing (If Applicable) | I.D. Number | | Date |

| Case Status CA - Cleared by Arrest CE - Cleared Exceptionally | | CF - Filed with State Atty CU - Cleared Unfounded | Clearance Type A - Inactive A - Active D - Pending | 1 Arrest   3 Unfounded 2 Exceptional | A-Adult J-Juvenile | Date Cleared | Arrest Number |
|---|---|---|---|---|---|---|---|
| Exception Type 1 Extradition Declined | 2 Arrest on Primary Offense Secondary Offense Without Prosecution | | 3 Death of Offender 4 V/W Refused to Cooperate | 5 Prosecution Declined 6 Juvenile/No Custody | Related Report Number(s) | | Number Arrested |

ASK THEM WHAT HAPPEN IN FEB OF 2007 AT LOUIS BRUNIS HOUSE AND
WHY WON'T YOU TALK ABOUT IT WITH THE F.D.L.E AND F.B.I WE KNOW WHY DON'T WE

EXHIBIT - B-

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

| | | CASE NO: | 16003363CF10A |
| | | JUDGE: | RAAG SINGHAL (FI) |
| STATE OF FLORIDA | | : | |
| | Plaintiff | : | |
| v. | | : | |
| | | : | STATE'S DISCOVERY |
| LOUIS BRUNI | | : | EXHIBIT |
| | Defendant | : | |

COMES NOW the State of Florida, by and through the undersigned Assistant State Attorney, and pursuant to the provisions of Rule 3.220, Florida Rules of Criminal Procedure and in recognition of the Defendant's election to participate in discovery, submits the following information:

1. The names and addresses of all persons presently known to the prosecutor to have information that may be relevant to any offense charged, or any defense thereto are:

| A | CARUSO, JASON | 3701 NE 22ND AVE LIGHTHOUSE POINT, FL 33064 |
| A | DYESS, DAVID | 3701 NE 22ND AVE LIGHTHOUSE POINT, FL 33064 |
| A | DYSON, MAIRALE | 201 SE 6 STREET ROOM 6880 FORT LAUDERDALE, FL 33301 |
| A | HANCOCK, KEVIN | 3701 NE 22ND AVE LIGHTHOUSE POINT, FL 33064 |
| A | HODGKINSON, PATRICIA | 201 S.E. 6TH STREET FT. LAUDERDALE, FL 33301 |
| A | KESSLING, JOSEPH | 2601 W. BROWARD BLVD. FORT LAUDERDALE, FL 33312 |
| A | LAI, CURT | 3701 NE 22ND AVE LIGHTHOUSE POINT, FL 33064 |
| A | PETIGROW, JORI | 555 SOUTHEAST 1ST AVE FORT LAUDERDALE, FL 33301 |
| A | TAVARES, JOSEPH M | 3701 NE 22ND AVE LIGHTHOUSE POINT, FL 33064 |
| A | WATERS, SPECIAL AGENT | 1030 NW 111 AVE MIAMI, FL 33172 |

The State incorporates by reference any individual(s) listed in the police report(s), any witness statement(s) and depositions(s) relevant to the offenses charged herein.

Rev 11/10      Original = Clerk      Copy = Defense Counsel      Copy=SAO File      DCS

EXHIBIT-B

DEMAND LETTER FROM
LOUIS BRUNI TO LHPPD

NOV 26 2014

PLEASE GIVE ME AND MY LAWYER LETTER
OR POLICE REPORT STATING THIS

TO LOUS BRUNI AND JOE PAPACOTA
AND ROBERT RESNICK

I CHIEF LACATA AND SGT CURT ARE
FULLY AWARE THAT LOUIS BRUNI WAS
PUT ON MENTALTELAPATHY BY THE
LHPPD IN FEB OF 2007 BY
SGT CURT AND CAPTAIN MAICHTEL
SGT CURT AND LHPPD IS RESPONSIBLE
FOR LOUIS BRUNI LOOSING HIS
COLLISION BUISNES IN 2008 OF 26 YEA
BECAUSE OF MENTALTELAPATHY SGT CURT
HAS 100 PERCENT CONTROL OF WHEN
LOUIS BRUNI SLEEP AND WAKS UP WITH
MENTAL TELAPATHY EQUIPMENT IN HIS
HOUSE Louis BRUNI'S
LAWYER JOE PAPACATA HAS A RIGHT
TO SUE LHPPD FOR
MENTAL TELAPATHY TOUCHER AND
CONTROLING LOUIS BRUNI AND
LOST WAGES HE WOULD HAVE MAD
AT HIS BODY SHOP IF THE
LHPPD DID NOT PUT HIM ON
MENTAL TELAPATHY + PAIN + SUFFERING
DUE TO MENTALTELAPATHY + TOURCHER

THIS IS THE DEMAND LETTER I GAVE TO CHIEF LICATA AT OUR MEETING IT DID NOT
ASK FOR ANY AMOUNT OF MONEY I JUST ASK FOR A LETTER SAYING IT IS ALRIGHT TO
SUE THEM FOR MENTAL TELAPATHY TOURCHER OFFICER HAWKINS TOOK THIS LETTER
AND MADE A COPY FOR THE LHPPD.

THIS IS THE LETTER

**OFFENSE-INCIDENT REPORT**

| F10052000 | Gang Related | | Juvenile in Report | Juvenile Warn/Dismiss | 1. Original | 2. Supplement |
| Date of Supplement | | | | | | |

Agency Report Number: 141229008928.

Primary Offense Classification: POLICE ASSIST

Department: Lighthouse Point Police Department

motive as it relates to these allegations. Louis was only able to repeatedly claim that Sgt. Curt and Marchitello purchased mental telepathy technology which is either utilized at home by Sgt. Curt or is housed/operated at the Lighthouse Point Police Department.

* Louis expressed his desire for financial compensation in the amount of $50,000,000.00 (fifty million dollars) for pain and suffering as well as his loss of physical property which he claims was the result of this mental telepathy. He also requested that Sgt. Curt's residence be searched for a computer system which he alleges is utilized for mental telepathy purposes. Louis demanded that Sgt. Curt stop utilizing mental telepathy and he (Louis) wanted the Lighthouse Point Police Department to stop Sgt. Curt's actions as Louis did not "want to have to take the law in my own hands." Louis stated he "could track Sgt. Curt down and kick his ass" but then he would "get in trouble." This portion of the conversation was heavily ladened with implications of violence towards Sgt. Curt if he did not cease his use of mental telepathy. Louis did not violate statute during this conversation as his implications were veiled in semantics.

Louis requested the the Lighthouse Point Police Department contact Robert Resnick (561-955-1995) whom Louis claimed was his attorney. Robert was contacted and provided with information regarding the meeting. Due to Louis' irrational behavior and implied threats to law enforcement officers, I created an alert flyer for officer safety purposes. This flyer was issued to local municipalities and sheriff's offices as well. I did provide this information directly to the Coconut Creek Police Department as that is where Louis' currently resides. Louis' vehicle was also entered into the Lighthouse Point police department's License Plate Recognition System database with instructions to use caution if contact is made with Louis. I completed a Broward Sheriff's Office Officer Safety CAD Entry Request form and an FCIC Flag request for officer safety purposes. Both the CAD Entry Request form and FCIC Flag request form were faxed to the appropriate person.

*[Handwritten annotations]*

WHEN CHIEF LICATO SPOKE TO MY LAWYER THAT DAY HE DID NOT ADMIT ANY WRONG DUEING JUST LIKE HE IS NOT ADMITING ANY WRONG DUEING TO YOU F.D.L.E HE HAS TO LIE OR HE WILL GO TO PRISON FOR LIFE AND HE KNOWS IT AND GET SUED FOR MILLIONS THATS WHY THEY WANT ME DEAD AND ARE KILLING ME RIGHT NOW BY PUTTING ELECTRIC IN AND OUT OF MY BRAIN 24-7 WITH THE S.A.O Knowledge

* HERE IS ANOTHER MISTAKE BY THE LHPRD AND Proof of Telapathy
OK HERE IT IS ON THE 3RD LINE IT SAID I ASK CHIEF LICATA FOR 50 MILLION DOLLARS AT THIS MEETING THAT IS A LIE I NEVER ASK HIM EVER IN MY LIFE FOR ANY AMOUNT OF MONEY ON THIS DATE OF MEETING I ONLY ASK HIM TO STOP SGCURT LAI AND HIS POLICE DEPT TO STOP USEING TELAPATHY ON ME AND STOP TOUGCHERING ME THE ONLY PERSON THAT KNEW ABOUT THE 50 MILLION DOLLARS IS THE COP THAT IS SPEAKING TO ME TELAPATHICLY THAT IDENTIFIES HIMSELF AS CURT LAI AT THIS TIME AND DATE TO ME HERE IS YOUR PROOF " OF
* TELAPPATAY IF I NEVER SPOKE TO CHIEF LICATA EVER BEFORE THIS MEETING
* AND I NEVER ASK HIM FOR 50 MILLION DOLLARS TO SETTLE LAWSUIT HOW DID CHIEF LICATA KNOW ON THIS DATE AND TIME I WANTED
* 50 MILLION DOLLARS THE ONLY WAY HE COULD KNOW IS BY THIS POLICE OFFICER THAT HAS ME ON TELAP THIS COMUNICATION BECAUSE THIS COP IS THE ONLY ONE I DICUSS THIS WITH BECAUSE THIS COP ASK ME SEVERAL TIMES WHAT DO I WANT FROM THE LHPRD FOR WHAT THE Y DID TO YOU

*[Left margin handwritten, vertical]:*
IN OTHER WORD AT THIS TIME AND DATE CHIEF LICATO NEVER SHOULD HAVE NEVER KNOWN I WANTED 50 MILLION DOLLARS BECAUSE I NEVER SPOKE TO HIM ABOUT THAT AMOUNT THE ONLY ONE I SPOKE ABUT THAT AMOUNT WAS LT JAIK VALCATO TELAPATHICLY AND THE ONLY WAY LICATA CAN KNOW I WANT 50 MILLION IS BY CURT LBRO SPEAKING TO ME TELAPATHICLY SEE HOW YOU PROOVE TELAPATHIC COMUNICATION WITHOUT THAT EQUIPMENT

*[Right margin handwritten, vertical]:*
I DONT WANT THE ZEROX CHIEF LICATA MISTAKE TO

**ADMINISTRATIVE**

| Signature of Officer Reporting | | Name of Officer Reporting | I.D. Number/Locator Code | Unit | Date |
| | | DET B. HANCOCK | 298780452 | R2 | 12/29/2014 |
| Signature of Officer Reviewing | | Officer Reviewing (If Applicable) | | I.D. Number | Date |

| Case Status | | Clearance Type | | | | | |
| CA - Cleared by Arrest | CF - Filed with State Atty | I - Inactive | 1 Arrest 3 Unfounded | | A-Adult | Date Cleared | Arrest Number |
| CE - Cleared Exceptionally | CU - Cleared Unfounded | A - Active | 2.Exceptional | | J-Juvenile | | |
| | | P - Pending | | | | | |
| Exception Type | | | | | | Related Report Number(s) | Number Arrested |
| 1.Extradition Declined | 2. Arrest on Primary Offense | 4. V/W Refused to Cooperate | 5. Prosecution Declined | | | | |
| | Secondary Offense Without Prosecution | | 6. Juvenile/No Custody | | | | |
| | 3. Death of Offender | | | | | | |

*[Bottom handwritten]:*
ITS LITTLE MISTAKES LIKE THIS THAT HELPS ME PROOVE MY CASE AND TELAPATHY ATTACH IS A LETTER I GAVE CHIEF LICATA THAT DAY THATS WHAT I ASKED FOR

*(handwritten across top)* JUSTICE JUDGE DRURY DENIED ME FOREWARD LIES GUYS AT THE F.D.L.E. USE IT TO STOP THEM

*(handwritten left margin, vertical)* EXHIBIT -B-

*(handwritten left margin, vertical)* ALL THESE COPS ON THIS POLICE REPORT NEW I WAS ON TELEPATHIC COMMICATIO AND MENTAL TELAPATHY BEING TOUCHED BY THERE POLICE DEPT AND THEY STILL ARESTED ME THEY ARE FUCKING NUTS AND THINK THEY ARE ABOVE THE LAW AND CAN NOT GET IN TROUBLE FOR TOUCHBRING ME AND TRYING TO KILL ME NOW I UNDERSTAND WHY BECOUSE S.A.O. LET THEM GET AWAY WIT

# OFFENSE-INCIDENT REPORT
## Lighthouse Point Police Department

| FL0062000 | Gang Related | 2 | | Juvenile In Report: N | Juvenile Warn/Dismiss: | |
|---|---|---|---|---|---|---|

Date of Supplement: / /

Agency Report Number: 080119000486 — Primary Offense Description: CRIM MISCHIEF

**EVENT DATA**

| Original Day Reported | Date | Time (mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| Sat | 01/19/2008 | 1224 | 1224 | 1224 | 1250 |

Incident Type: 1. Felony 2. Traffic Felony 3. Misdemeanor 4. Traffic Misdemeanor 8. Ordinance 9. Other

| Incident: Day From | Date | Time (mil) | To Day | Date | Time |
|---|---|---|---|---|---|
| Sat | 01/19/2008 | 1214 | Sat | 01/19/2008 | 12 |

OFF/INC #1 Type 3 — Description CRIM MISCHIEF — A-Attempted C-Committed C — Statute Violation Number - Chapter, Section, Sub: 806 - 13 ( 1B1 ) — NCIC/UC 29

OFF/INC #2 — A-Attempted C-Committed

Incident Location (Street Number, Street, Apt.): 2840 NE 20 AVE — City: LIGHTHOUSE POINT — Zip: 33064 — District: 36 — Grid — Area: R1

Business Name/Area Identifier

Forced Entry: 0. N/A 1. Yes 2. No 0 — Occupancy: 0. N/A 1. Occupied 2. Unoccupied 3. Abandoned

**CODES**

Location Type: 01. Residence Single 02. Apartment/Condo 03. Residence-Other 04. Hotel/Motel 05. Convenience Store 06. Gas Station 07. Liquor Sales 08. Bar/Nightclub 09. Supermarket 10. Dept/Discount Store 11. Specialty Store 12. Drug Store/Hospital 13. Bank/Financial Inst. 14. Commercial/Office Bldg 15. Industrial/Mfg. 16. Storage 17. Gov't/Public Bldg 18. School/University 19. Jail/Prison 20. Religious Bldg 21. Airport 22. Bus/Rail Terminal 23. Construction Site 24. Other Structure 25. Parking Lot/Garage 26. Highway/Roadway 27. Park/Woodlands/Field 28. Lake/Waterway 29. Motor Vehicle 90. Oth

| # OFF/INC | # Victims | # Offenders | # Prem. Ent. | # Veh. Stolen |
|---|---|---|---|---|
| 1 | 1 | 1 | 0 | 0 |

Type of Weapon: 01. Rifle 02. Handgun 03. Shotgun 04. Firearm 05. Knife/Cutting Instrument 06. Blunt Object 07. Hands/Fist/Feet 08. Poison 09. Explosives 10. Fire/Incendiary 11. Threat/Intimidation 12. Simulated Weapon 13. Drugs 99. Other

V/W Code: V - Victim W - Witness R - Reporting Person O - Other

Victim Type: 0. N/A 1. Juvenile 2. L.E. Officer 3. Adult 4. Business 5. Government 6. Church 7. Other

Race: N - N/A W - White B - Black I - American Indian O - Oriental/Asian U - Unknown

Sex: N - N/A M - Male F - Female U - Unknown

Residence Type: 0. N/A 1. City 2. County 3. Florida 4. Out-of-State

Residence Status: 0. N/A 1. Full Year 2. Part Year 3. Non-Resident

Extent of Injury: 0. None 1. Minor 2. Serious 3. Fatal

Injury Type: 00. N/A 01. Gunshot 02. Stabbed 03. Laceration 04. Unconscious 05. Poss. Broken Bones 06. Poss. Internal Injury 07. Loss of Teeth 08. Burns 09. Abrasions/Bruises 99. Other

Victim Relationship To Offender: 00. N/A 01. Undetermined 02. Stranger 03. Spouse 04. Ex-Spouse 05. Co-Habitant 06. Parent 07. Brother/Sister 08. Child 09. Step-Parent 10. Step-Child 11. In-Law 12. Other Family 13. Student 14. Teacher 15. Child of Boy/Girl Friend 16. Boy/Girl Friend 17. Friend 18. Neighbor 19. Same/Day Care 20. Employee 21. Employer 22. Landlord/Te 23. Acquaintan 24. Business 99. Other Kno

**VICTIM / WITNESS**

| OFF/INC Indicator | V/W Code | V. Type | Name (Last, First, Middle or Business) |
|---|---|---|---|
| 1. #1 3.Both 1 | V | 5 | LIGHTHOUSE POINT    CITY OF |

2. #2

Address (Street, Apt. Number): 2200 NE 38 ST — City: LIGHTHOUSE PT — State: FL — Zip: 33064 — Business Phone: 954 943-6

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: VICTIM

Will Victim prefer ch: Yes ☐ No ☐

**VICTIM / WITNESS**

| OFF/INC Indicator | V/W Code | V. Type | Name (Last, First, Middle or Business) |
|---|---|---|---|
| 1. #1 3.Both 1 | W | 2 | MCCORMICK    PAUL |

2. #2

Address (Street, Apt. Number): 3701 NE 22 AVE — City: LIGHTHOUSE POINT — State: FL — Zip: 33064 — Business Phone: 954 942-8

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: POLICE OFFICER/WITNESS

Will Victim prefer ch: Yes ☐ No ☐

**SUSPECT**

| OFF/INC Indicator 1. #1 3.Both 2. #2 | Suspect Code: S-Suspect E-Escapee R-Rec. Missing A-Arrestee M-Missing 2-other | Code S | Susp.# 1 | Juvenile 2 | Name (Last, First, Middle) BRUNI    LOUIS    F |
|---|---|---|---|---|---|

Maiden Name — Nickname/Street Name — Place of Birth: NY — Residence Phone

Last Known Address (Street, Apt. Number): 2840 NE 20 AVE — City: LIGHTHOUSE POIN — State: FL — Zip: 33064 — Business Phone

Occupation: AUTO BODY — Employer/School — Address — Social Security Number: 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

Driver's License Number/State: B650-526-63-103-0 FL — Immigration and Naturalization Number — Other I.D. Number — OBTS Number (Arrested) — SCIC/NCIC

Clothing (Describe) — Scars/Marks/Tatoos (Location/De

| Race W | Sex M | Date of Birth 03/23/1963 | Age 44 | Height 509 | Weight 190 | Eye Color | Hair Color | Hair Length S | Hair S S |
|---|---|---|---|---|---|---|---|---|---|

| Complexion MED | Build MUS | Facial Hair | Teeth | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|

**NARRATIVE**

AT ABOUT 12:20 HRS ON 1-19-2008, I WAS ADVISED BY X-36 VIA THE CITY RADIO THAT LOUIS BRUNI WAS IN T MIDDLE OF THE ROAD, PAINTING THE ROADWAY IN FRONT OF HIS HOUSE. WHEN I ARRIVED I WITNESSED SUBJECT BURNI WITH A PAINT ROLLER AND A ROLLER PAN BENT OVER IN THE INTERSECTION OF NE 20 AVE AND NE 29 ST, APPLYING PAINT TO THE PAVEMENT, WRITING WORDS WITH THE ROLLER. HE HAD WRITTEN "LIGHTHOUSE POLICE R M" IN LARGE LETTERS COVERING BOTH LANES OF NE 20 AVE, AND PARTIALLY WEST ON NE 29ST. WHEN HE SAW ME APPROACHING HE DROPPED THE ROLLER AND PAINT ONTO THE STREET AND RAN INTO HIS YARD. WHEN I APPROACH HIM HE KEPT CIRCLING TOWARD THE DOOR OF HIS HOUSE. I TOLD BRUNI TO STOP AND SIT DOWN. AT WHICH TIME RAN INTO THE NORTH SIDE DOOR OF HIS HOUSE AND LOCKED THE DOOR. SGT NESTOR AND OFF TARBOX ARRIVED AN

**ADMINISTRATIVE**

Person/Unit Notified — Time — Related Report Number(s) — Name of Officer Reporting: CPL P. MCCORMICK — I.D. Number/Locator Code: 126/36B3

Signature of Officer Reporting — Officer Reviewing (If Applicable): SGT A. NESTOR — I.D. Number: 138 — Unit: 36D5 — 01/19/2

Signature of Officer Reviewing — Routed To: NUCE — Referred To — Assigned To: N/A — By: M OH — Date: 01/23/

Case Status — Clearance Type: 1.Arrest 2.Exceptional — 3.Unfounded — A-Adult J-Juvenile — Date Cleared — Jail Number — Number A

Exception Type — 2. Arrest or Person's Offense — 3. Death of Offender — 4. Prosecution Declined — 5. Prosecution Declined — OBTS Number — Page

2  EXIHIT-B

**NARRATIVE CONTINUATION**

Lighthouse Point Police Department

| 1. Offense | Juvenile | 1. Original |
| 2. Arrest | 1 Warn/Dismiss | 2. Supplement |

| Agency ORI Number | Agency Report Number |
| FL0062000 | 08011900048 |

| Date of Supplement | | Original Date Reported | Case Reference |
| / / | | 01/19/2008 | CRIM MISCHIEF |

WE TRIED TO COAX BRUNI FROM THE HOUSE. HE REFUSED, CURSING AT US AND SAYING WE RAPED HIS WIFE AND WE WERE GOING TO KILL HIM.

PHOTOS OF THE PAINTED ROADWAY WERE TAKEN AND ENTERED INTO PROPERTY UNDER PROP # 22027.

AN OUT OF CUSTODY PC WAS COMPLETED, CHARGING HIM WITH CRIMINAL MISCHIEF, DAMAGE UNDER $200.00.

HERE IS A NOTHER PIECE OF EVIDENCE THE COP THAT IDENTIFYS HIMSELF TO ME AS JACK VALLARO HAS ACID REGFLEX I CAN HERE HIM CHOKING WILE HE TALKS TO ME OK NEVER SAID A WORD THATS WHY I ALWAY CONTRIBUTED THIS CRIME TO SGT CUIT LAI BECAUSE HE WAS IN THAT ROOM THAT NITE

KEEP IN MIND CAPTAIN MACHITELLO AND SGT CUIT LAI 2 SCIENTIST AND THE COP THAT IDENTIFYS HIMSELF AS JACK VALLARO WHERE IN THAT ROOM THAT NITE I WAS PUT ON MENTAL TELEPATHY AND TELAPATHIC COMUNICATION I HEARD THEM SGT CUIT AND CAPT MARCHETELLO CALLING EACHOTHER BY NAME SEVORAL TIME I ALSO HEARD THE TWO SCIENTIST TALK BUT JACK VALCARO

THIS ASS HOLE COP THAT IDENTIFYS HIMSELF AS JACK VALLARO IS NEVER GOING TO STOP TOUCHERING ME AND TRYING TO KILL ME UNTIL YOU GO THERE PHYSICLY AND TAKE THIS TOUCHER EQUIPMENT AWAY FROM HIM HE IS ADICTED TO ME AND TELAPATHIC COMUNICATION JUST LIKE A CRACK HEAD IS ADICTED TO CRACK YOU HAVE TO TAKE IT AWAY FROM HIM NOW BEFORE HE KILLS ME PLEASE FDLE ✓

HE HAS BEEN TOUCHERING ME FOR 12½ YEAR THAT PROOVE TO YOU HE IS NEVER GOING PLANS ON DOING JU STOP HE THIS TO ME FOR EVER

NEXT PAGE EVIDENCE OF TELAPATHIC COMUNICATION

I AM IN BRAIN PAIN 24-7 PLEASE HURY THERE IS VERY PAIN FULL ELECTRIC IN MY BRAIN 24-7 I HURTS A LOT I CANT TAKE THE PAIN NO MOOR HELP

THEY ARE BAD COP

How MUCH MOOR EVIDENCE DO YOU NEED FDLE.

| Report Contains | Related Report Number(s) P#22027 | Name of Officer Reporting CPL F. MCCORMICK | I.D. Number/Locator Code 126/36B3 |
| | Officer Reviewing (if Applicable) SGT A. NESTOR | I.D. Number 138 | Unit 36D5 | Date 01/19/2 |
| Signature of Officer Reviewing | Routed To NUCE | Referred To | Assigned To N/A | By M OH | Date 01/23/2 |
| Case Status | Clearance Type | 1.Arrest 2.Exceptional | 3.Unfounded | A-Adult J-Juvenile | Date Cleared / / | Arrest Number | Number |
| Exception Type | 2. Arrest on Primary Offense | 3. Death of Offender | 5. Prosecution Declined 6. Juvenile/No Custody | OBTS Number | Page 2 |

EXHIBIT
B-

EVERY MOVE AND WHERE ABOUT 24-7 BY TRACKING ME AND LISTENING TO MY CONVERSATIONS TELAPATHICLY THIS IS THEIR WRITING NOT MINE SEE HOW STUPID THEY ARE **NARRATIVE CONTINUATION** THEY ARE ADMITTIN THEY KNOW WHICH PROVE THE LHP.P.D. KNOWS MY

HERE IS Your Proof
MY WHERE ABOUTS

WHERE DID HAWKINS GET THIS INFO FROM A RECORD FROM A CRIMINALLUSS THATS HOW

HOW COULD THEY KNOW I WAS ON MY WAY HOME AT THAT TIME ON THAT DATE

JUST A LITTLE BIT MOOR EVIDENCE F.D.L.E. THESE ASSHOLES THATS HOW THEY KNEW I WAS ON MY WAY HOME AND WHEN I GOT HOME THERE WAS A UNMARKED BLACK INFINITI PARKED ACROSS THE STREET TO L.H.P.P.D. POLICE OFFICER CAME OUT OF THAT UNMARKED CAR AND ARCESTED ME

**Lighthouse Point Police Department**

| | | |
|---|---|---|
| Date of Supplement 01/30/2008 | | |
| Original Date Reported 01/19/2008 | | |

Case Reference

CRIM MISCHIEF

Agency ORI Number: FL0062000
Agency Report Number: 08011900048

1. Offense / 2. Arrest | Juvenile Warn/Dismiss [2] | 1. Original / 2. Supplemen

ON 1/30/2008 I WAS INFORMED BY DET. HAWKINS THAT INFORMATION WAS RECEIVED THAT LOUIS BRUNI WAS ENRO TO HIS RESIDENCE AT APPROXIMATELY 1425HRS. IT WAS KNOWN THAT AN OUT OF CUSTODY PC EXISTED FOR BRUNI ARREST FOR CRIMINAL MISCHIEF. BRUNI ARRIVED AT HIS RESIDENCE AROUND 1445HRS.
WHILE BRUNI WAS WALKING TO HIS FRONT DOOR I ATTEMPTED TO MAKE CONTACT WITH BRUNI. BRUNI NOTICED THA WAS AN OFFICER IN UNIFORM, TURNED AND STATED "NO! I AM NOT TALKING TO YOU". BRUNI RAN TO HIS FRONT DOOR TO LOCK HIMSELF INSIDE HIS RESIDENCE. IN THIS ATTEMPT TO GET AWAY FROM ME BRUNI BROKE A SIX PA OF CORONA BEER AGAINST HIS DOOR FRAME WHICH HE WAS CARRYING WITH HIM AT THE TIME. BRUNI WAS ABLE TO GET TO HIS UPSTAIRS BEDROOM AND LOCK HIMSELF INSIDE. I COULD HEAR LOUIS BRUNI ON THE TELEPHONE YELL TO HIS EX WIFE DIANE BRUNI "THE POLICE ARE IN MY HOUSE TRYING TO HURT ME". SEVERAL ATTEMPTS WERE MA TO COAX BRUNI TO LEAVE HIS BEDROOM BUT I WAS UNSUCCESSFUL

WITH NO PERMISSION IN MY HOUSE ON SECOND FLOOR
AS I EXITED THE RESIDENCE AND STOOD IN H DRIVEWAY FOR A FEW MINUTES BRUNI CAME DOWNSTAIRS AND LOCKED HIS FRONT DOOR REFUSING TO SPEAK WITH M

THEY ADMIT ENTERING MY HOME WITH NO WARRENT THEY DID THIS TO ME ALL THE TIME

AT APPROXIMATELY 1530HRS DIANE BRUNI ARRIVED AT THE RESIDENCE. I MADE CONTACT WITH HER AND SHE ADVI THAT SHE WILL HAVE HIM EXIT THE RESIDENCE TO SPEAK WITH HER. DIANE BRUNI HAD LOUIS BRUNI EXIT THE NORTH SIDE ENTRANCE TO HIS RESIDENCE. AFTER A SHORT DISCUSSION LOUIS BRUNI WAS ABLE TO BE APPREHEND AND PLACED INTO CUSTODY.
LOUIS BRUNI WAS PLACED INTO CUSTODY FOR THE OUTSTANDING PC FOR CRIMINAL MISCHIEF, AND HE WAS TRANSPORTED TO THE LIGHTHOUSE POINT POLICE DEPARTMENT FOR FURTHER PROCESSING. LOUIS BRUNI WAS THEN TRANSPORTED TO THE BSO MAIN JAIL WHERE HE WAS RELEASED TO BSO CUSTODY.

IT WAS IMPOSSIBLE FOR THE LHP.P.D. TO KNOW I WAS ON MY WAY HOME FROM WORK AT THIS TIME AND DATE 2.PM THEY KNEW BECAUSE OF TELAPATHIC COMUNICATION BETWEEN LOUIS BRUNI AND THE LIGHT HOUSE POINT P.D. THAT THE ONLY WAY. JUST ANOTHER LITTLE FUCK UP BY THE LHPPD CRIMINAL MAKE MISTAKE AND GET CAUGHT IN MY CASE THE L.H.P.P.D. IS THE CRIMINAL AND THEY GOT CAUGHT AND NOW THEY WANT TO KILL ME TO GET AWAY WITH THIS HANIS CRIME MOST IN BROWARD COUNTY HISTORY I AM THE ONLY PERSON AND WITNESS THAT CAN PUT THEM IN PRISON FOR EVER AND SUE TM FOR MILLION THAT WHY THEY ARE MURDERING ME

| Report Contains | Related Report Number(s) | Name of Officer Reporting OFC RIEMER | I.D. Number/Locator Code 317/36B5 |
|---|---|---|---|
| | Officer Reviewing (If Applicable) SGT. C. LAI | I.D. Number 278 | Unit 36D4 | Date 01/30/20 |
| Signature of Officer Reviewing | Routed To | Referred To | Assigned To N/A | By TAVARES | Date 02/01/20 |
| Case Status CA | Clearance Type: 1.Arrest 2.Exceptional [1] | 3.Unfounded | A-Adult J-Juvenile [A] | Date Cleared 01/30/2008 | Arrest Number LP08017 | Number |
| Exception Type 1.Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | OBTS Number | Page 1 of |

EXHIBIT-B-

## NARRATIVE CONTINUATION

### LIGHTHOUSE POINT POLICE DEPARTMENT

| | | |
|---|---|---|
| 1. Offense | Juvenile | 1. Original |
| 2. Arrest ☑ 1 | Warn/Dismiss | 2. Supplem |

| Agency ORI Number | Agency Report Numb |
|---|---|
| FL0062000 | 0801190004 |

| Date of Supplement | |
|---|---|
| 01/30/2008 | |
| Original Date Reported | |
| 01/19/2008 | Case Reference |
| | CRIM MISCHIEF |

ON 01/30/08 I RECEIVED AN INVOICE FROM THE CITY OF LIGHTHOUSE POINT'S PUBLIC WORKS DEPARTMENT DETAILING THE COST FOR THE CLEANUP OF THE GRAFFITI IN THE ROADWAY IN FRONT OF 2840 NE 20 AVENUE.

THE TOTAL COST OF THE CLEANUP WAS $150.07. THIS TOTAL INCLUDED LABOR AND SUPPLIES.

THE INVOICE AND SUPPLY RECEIPTS WERE PLACED INTO PROPERTY UNDER INVOICE #22056.

NO FURTHER ACTION TAKEN.

*[Handwritten annotations:]*

NOW WHY WOOD I WRITE THAT IN THE STREET IF NOT PROVOKED BY THEM

O AND THE REASON I WROTE IN THE MIDDLE OF THE STREET THAT DAY I WROTE THE LHPPD RAPED MY WIFE I WROTE THAT BECAUSE THE ASSHOLE THAT IDENTIFYS HIMSELF AS LT JACK VALLARO TOLD ME OVER 100 THOUSAND TIME EVERY NITE FOR MOUNTH THAT HE RAPED MY WIFE OVER AND OVER AND OVER AGAIN CONTINUASLY AFTER I WROTE THAT IN THE STREET HE NEVER SAID TO ME HE RAPED MY WIFE AGAIN THIS IS PROOF OF WHAT TELAPATHIC COMUNICATION AND MENTAL TELAPATHY TOURCHER CAN MAKE YOU DO AND SAY AND ACT IN A MANOR YOU WOULD NEVER ACT IN AND FOR THIS THEY ARESTED ME WILE THEY WHERE SPEAKING TO ME TELAPATHICLY AND TOURCHERING ME WITH MENTALTALA PATHY WICH IS LIFE THEATING ELECTRIC GOING INTO MY BRAIN AND THIS IS JUST ONE OF THERE ILLEGAL AREST AND SET UP BY THE LHPPD

THIS ALL A JOKE TO THEM THEY THNK THIS IS FUCK THOSE SICK FUCKS

*[Left margin, vertical text:]*

EXHIBIT (S)

THEY WHERE AT MY HOUSE SOME YEARS IN ONE YEAR IS SO I HAVE SO REPORT IN ONE YEAR OF EVIDENCE I HAVE SO REPORT IN ONE YEAR BAKER ACTING ME ILLEGALY AT MY HOUSE ILLEGALY ARESTING ME IT WAS ILLEGAL BECAUS AT THE SAME TIME THEY WHERE ARESTI ME AND BAKER ACTING ME THEY WHERE TOURCHERING AND TRYING TO KILL ME WITH COMUNICATION THEN TELAPATHLY AND TELAPATHIC

*[Lower left margin, vertical text:]*

THIS IS JUST ONE POLICE REPORT OF EVIDENCE I HAVE SOME YEAR OF 2007 SO TIMES THEY WHERE AT MY HOUSE ILLEGALY ARESTING ME ILLEGALY AND BAKER ACTING ME ILLEGALY

| Report Contains | Related Report Number(s) | Name of Officer Reporting | I.D. Number/Locator Code |
|---|---|---|---|
| | | SGT. C. LAI | 278 |

| Officer Reviewing (If Applicable) | I.D. Number | Unit | Date |
|---|---|---|---|
| SGT. C. LAI | 278 | 36D4 | 01/30/200 |

| | Signature Officer Reviewing | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| | | | | | | / / |

| Clearance Type | | Date Cleared | | Arrest Number | Number Arr |
|---|---|---|---|---|---|
| 1.Arrest 2.Exceptional | 3.Unfounded | A-Adult J-Juvenile | / / | | |

| Prosecution Type | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V / W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | OBTS Number | Page 1 of |
|---|---|---|---|---|---|

**** FILED: BROWARD COUNTY, FL  Howard C. Forman,  CLERK 1/25/2016 11:55:02 AM ****

EXHIBIT-B-

IN THE CIRCUIT COURT OF THE __SEVENTEENTH__ JUDICIAL CIRCUIT,
IN AND FOR __BROWARD__ COUNTY, FLORIDA

_Curt Lai_

Petitioner,

and

_Louis Bruni_

Respondent.

Case No.: DVCE 15-9137
Division: 34

DATE: 2/12/18
HOUR: 1523
DEPUTY SHERIFF Sewell 1205

## FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST STALKING (AFTER NOTICE)

The Petition for Injunction for Protection Against Stalking under Section 784.0485, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter. The term Petitioner as used in this injunction includes the person on whose behalf this injunction is entered.

It is intended that this protection order meet the requirements of 18 U.S.C. Section 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.

**SECTION I. HEARING**

This cause came before the Court for a hearing to determine whether an Injunction for Protection Against Stalking in this case should be:

__✓__ issued ____ modified ____ extended.

The hearing was attended by:

__✓__ Petitioner

____ Petitioner's Counsel

____ Respondent

____ Respondent's Counsel

**SECTION II. FINDINGS**

On (date) __10-28-16__, a notice of this hearing was served on Respondent together with a copy of Petitioner's petition to this Court and the temporary injunction, if issued. Service was within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

NO IT WI
NOT GIVEN
OR SERVE TO ME

Florida Supreme Court Approved Family Law Form 12.980(v), Final Judgment of Injunction for Protection Against Stalking (After Notice) (03/15)

EXHIBIT-B-

4.

c. _____ Respondent shall surrender any firearms and ammunition in the Respondent's possession to the __Broward__ County Sheriff's Department. Failure to surrender either firearms or ammunition if ordered to do so by the court constitutes a misdemeanor of the first degree, punishable as provided in section 775.082 or 775.083, Florida Statutes.

d. _____ Other directives relating to firearms and ammunition: RESPONDENT SHALL SURRENDER ANY CONCEALED WEAPON PERMITS OR GUN LICENSES TO LAW ENFORCEMENT

4. Treatment, Intervention, or Counseling.
(Initial if applicable; write N/A if not applicable)

a. _____ Respondent shall participate in the treatment, intervention, or counseling specified below. Respondent shall pay for all services rendered: _____
_____
_____
_____

THEY PUT THIS SPECIAL CLAUS IN JUST TO SET ME UP WITH FALSE ILLEGAL ARREST BECAUSE I WAS GOING BREAK THE LAW AND THEY KNEW I WAS GOING TO CALL 911 For HELP OF LOUISE I AM GOING TO CALL 911 For HELP THERE WHO MURDERING ME

b. Within _____ days of the date of this injunction, Respondent shall enroll in, and thereafter complete without delay, the treatment, intervention, or counseling required in paragraph a. above. Respondent shall provide proof of such enrollment to the Clerk of the Court.

Mailing Address or Designated E-Mail Address(es). Respondent shall notify the Clerk of the Court of any change in either his or her mailing address, or designated e-mail address(es), within 10 days of the change. All further papers (excluding pleadings requiring personal service) shall be served either by mail to Respondent's last known mailing address or by e-mail to Respondent's designated e-mail address(es). Service shall be complete upon mailing or e-mailing.

"THE FUCK WOULD YOU CALL

6. Additional provision(s) necessary to protect Petitioner from stalking: → Lighthouse point
No Contact w/ Police department of others for anything further than emergency matters no more petitions or complaints to any govt agency ie: mr ibi without court order.

THIS IS A SET UP BY LARBO

THIS INJUNCTION IS A LICENCE TO KILL LOUIS BRUNI IF I CANT CALL 911 Or HELP WHO AM I SUPOSE TO CALL

THIS INJUNTION IS LUCUPP AND UNCONSTITUTIONAL BECAUSE SGT CURT LAL AND THE LHPPD WHERE AND STILL ARE SPEAKING TO ME TELAPATICALLY AND ARE IN VIOLATION OF THERE OWN INJUCTION THE LHPPD AND CURT LAL SAY I AM STOCKING CURT LAL BUT IN FACT

7. Referral to Appropriate Services for Petitioner. Petitioner may contact the following services as needed: _____
_____
TO STOP THEM FROM MURDERING ME

IT ALSO STATES I AM NOT ALOWED TO CALL 911 For HELP To STOP SGT CURT LAI AND THE LHPPD From TOUCHERING ME KILLING ME OO ILLEAGAL Y ARRESTING ME THIS RESTRAINING ORDER SIGNED BY A BROWARD COUNTY  JUDGE

SWORN STATEMENT BY LOUIS BRUNI MAY 26 2020

A UNITED STATES CITIZEN WHO CIVIL RIGHTS DOB 3-23-63

ARE BEING VIOLATED BY THE LHPPD AND THE STATE OF FLORIDA FOR YEARS

THE LIGHTHOUS POINT P.D. MOTIVES TO MURDER ME

THIS IS WHY THE LHPPD WANTS TO KILL ME LOUIS BRUNI

**EXIBIT B**

*(left margin, rotated):* 12 THEY WANT TO MURDER ME BECAUSE THERE IS MEDICAL EVIDENCE THAT CAN PUT THEM IN PRISON FOR LIFE AND MATERIAL IN MY BRAIN

1 I AM THE ONLY PERSON ON EARTH THAT KNOWS WHAT THEY HAVE DONE TO ME AND ARE STILL DOING TO ME. WITH YOUR KNOWLEGE F.D.L.E. AND S.A.O. SINCE JAN 2016

2 I AM THE ONLY PERSON WHO KNOWS WHERE THE EVIDENCE IS IN MY DISCOVERY AND SWORN STATEMENTS AND HOW TO PROOVE THERE CRIME WITH THAT EVIDENCE AND PAPERWORK

3 I AM THE ONLY VICTOM AND WITNESS THAT CAN TESTIFY IN COURT IN FRONT OF A JUDGE AGAINST THEM AND PUT THEM IN PRISON FOR LIFE WHERE THEY BELONG

4 I KNOW WHERE TO FIND THERE LIES AND PROOVE THERE LIES ON THERE OWN POLICE REPORTS AND SWORN STATEMENTS

5 I ALSO CAN SUE THEM FOR MILLIONS OF DOLLARS FOR WHAT THEY HAVE DONE TO ME AND ARE STILL DOING TO ME WITH YOUR KNOWLEGE

6 BECAUSE I CAN HAVE SEVARAL COPS ARRESTED

7 LT JACK VACCARO WANTS TO MURDER ME BEFORE YOU ARREST HIM AND PUT HIM IN PRISON FOR EVER PLEASE STOB HIM TODAY BEFORE HE KILLS ME

8 THEY WANT TO KILL ME BECAUSE IT IS THE ONLY WAY TO COVER UP THERE CRIME AND GET AWAY WITH IT

9 THEY WANT TO MURDER ME BECAUSE IT IS THE ONLY WAY TO GET AWAY WITH THERE CRIME

10 THEY WANT TO MURDER ME BECAUSE THEY HATE ME FOR NOT DYING YET BUT THEY KEEP TRYING EVERY DA

L.H.P.P.D ALIBY

11 THEY ALSO WANT TO MURDER ME BECAUSE THERE IS MEDICAL EVIDENCE IN MY BRAIN THAT CAN PROOVE I AM ON MENTAL TELAPATHY AND THAT MEDICAL EVIDENCE IS A LIFE SENTENCE IN PRISON FOR CHIEF ROSS LICATA AND HIS MEN

L.H.P.P.D ALIBY

THEY HAVE NO ALIBY LT JACK VACCARO IS IN THE LHPPD TRYING TO MURDER ME RIGHT NOW AND HE LIVES THERE FOR LAST 13 YEARS AND CAN NOT COME UP WITH ONE WITNESS THAT CAN

ESCAMBIA
COUNTY
FBI
FDLE
SGT CURT LAI SAY I AM
STOCKING HIM FROM
PRISON THATS REQULAR
IF YOU LET HIM GET
AWAY WITH THIS YOU
ARE ALL FUCKEN NUTS IN
LURUPT

SAY OTHERWISE THAT HE IS ANY WHERE ELSE ALONG
WITH THE REST OF THOSE ASSHOLES THAT ARE THERE 8
HOURS A DAY WITH HIM THAT COME AND GO OUT THEY
DON'T KNOW NOTHING ABOUT NOTHING BUNCH OF FUCKEN
LIERS THEY LIE AT DEPOSITIONS AND IN COURT UNDER OATH THEY
HAVE TO LIE OR THEY WILL GO TO PRISON FOR LIFE
LHPPD M.O OVER LAST 13 YEARS
AND CURUPT ILLEGAL RESTRAINING ORDER AND UNCONSTITUTIONAL
THE LHPPD M.O. IS LT JACK VACCARO TORTURES ME BY PUTTING
LIFE THREATHING EXCRUSIATING PAINFULL LAZER TYPE
ELECTRIC IN MY BRAIN TO THE POINT I HAVE TO CALL 911
FOR HELP OVER AND OVER AND OVER AGAIN ILLEGALY
AND WHEN I CALL 911 FOR HELP THE LHPPD HAS ME BAKER
ACTED OR ILLEGALY ARRESTED INSTEAD OF STOPING LT JACK
VACCARO THIS IS THE REASON SGT CURT LAI GOT A RESTRAINING
ORDER ON ME THAT HAS A SPECIAL CLAUSE IN IT THAT
SAYS I LOUIS BRUNI IS NOT ALOWED TO CALL ANY
GOVERMENT AGENCY FOR HELP WICH INCLUDES 911 LAW ENFORCEMENT
THIS RESTRAINING ORDER IS A LICENCE TO KILL LOUIS BRUNI
SIGNED BY A BROWARD COUNTY JUDGE AND BACKED BY THE
STATE ATOURNYS OFFICE AND BROWARD COUNTY AND AND THIS
RESTRAINING ORDER WAS CREATED FOR ONE REASON AND ONE
REASON ONLY TO SET UP LOUIS BRUNI FOR SEVARAL ILLEGAL
ARREST BECAUSE SGT CURT LAI AND THE LHPPD. KNEW I WAS
AND WOULD CALL 911 FOR HELP THEY ARE TORTURING ME AND
MURDERING ME WHO ELSE AM I SUPOSE TO CALL WHEN
SOME ONE IS KILLING YOU YOU CALL 911 BUT MY PROBLEM
IS 911 IS THE ONE TRYING TO MURDER ME SO WHO THE
FUCK AM I SUPOSE TO CALL YOU FDLE AND SAD
MADE ME VIOLATE THIS IN JUNTION BY NOT DOING YOUR JOB
AND STOPING THE LHPPD FROM TORTUREING AND MURDERING ME L.T.
JACK VACCARO IS NEVER GOING TO STOP YOU HAVE TRYING TO KILL
ME YOU HAVE TO GO THERE PHYSILLY TAKE IT AWAY FROM
HIM I TOLD YOU THIS 100 TIMES SO GO THERE STOP THEM NOW

I NEVER BROKE THE LAW SO THEY CREATED THIS ILLEGAL RESTRAINING ORDER TO SET ME UP THEY HAD TO GET ME SOME WAY AND THIS ILLEGAL RESTRAINING ORDER IS WHAT THEY CAME UP WITH TO ILLEGALY ENCARCERATE ME AND NOW SGT CURT LAI JUST ADDED A NOTHER ILLEGAL CHARGE ON IN DEC 2019 OF ACCUUNTED STOCKING WILE I AM IN PRISON AND IS TRYING TO TO ILLEGALY ENCARCERATE ME LOUIS BRUNI FOR EVER IGUESS WILL YOU PLEASE STOP SGT CURT LAI RIGHT NOW

EXIBIT B

①

THIS IS A LIST OF WHAT THE L.H.R.D. TELAPATHIC COMUNICATION AND MENTAL TELAPATHY EQUIPMENT CAN DO TO ME COMBINED

1 CONTROLS 100% WHEN I SLEEP AND WAKE UP SIMPLY BY PUTTING ELECTRIC IN AND OUT OF MY BRAIN THIS IS HOW IF I AM SLEEPING HE PUTS ELECTRIC IN MY BRAIN AND I INSTINTLY WAKE UP AND WHEN HE WANT TO PUT ME TO SLEEP HE SIMPLY SHUT OFF THE ELECTRIC FLOW INTO MY BRAIN AND I INSTINTLY GO RIGHT TO SLEEP HE CONTROLS ME LIKE A ROBOT LIKE THAT 24-7

2 THIS EQUIPMENT ALOWS LT JACK VACCARO TO PUT VERY PAINFULL LAZER TYPE ELECTIC INTO MY BRAIN THE PAIN IS SO EXCRUTIATING I AM FORCED TO CALL 911 FOR HELP AND WHEN I DO CALL 911 FOR HELP SGT CUGTLAI HAS ME ARRESTED BECAUSE SGT RESTRAINING ORDER SAYS I AM NOT ALOWED TO CALL 911 FOR HELP

3 CONTROLS MY HEART BEAT 100% HE CAN MAKE MY HEART BEAT AS FAST AS HE WANTS FOR AS LONG AS HE WANTS HE TRYS TO ENDUCE A HEART ATTACK AND KILL ME

4 HE CONTROLS MY LUNGS 100% HE CAN MAKE ME BREATH DEEP LONG BREATHS FOR AS LONG AS HE WANTS THE HEART AND LUNG CONTROL IS DONE BY THE MENTAL TELAPATHY PART AND THE ELECTRIC IN MY BRAIN ALSO IS CONTROLED BY MENTAL TELAPATHY EQUIPMENT NOT TELAPATHIC COMUNICATION EQUIPMENT

* TELAPATHIC COMUNICATION EQUIPMENT IS FOR MIND TO MIND COMUNICATION AND REALY DOES NOT HURT TO MUCH IT IS THE MENTAL TELAPATHY EQUIPMENT THAT

* IS VERY PAINFULL AND LIFE THREATHING IT IS PRE MEDITATED TOURCHER AND ATTEMTED MURDER THERE IS NO OTHER REASON FOR MENTAL TELAPATHY PERIOD

5 ALOWS HIM TO SPEAK TO ME TELAPATHILLY WICH MEANS MIND TO MIND WITH THE HELP AND CONECTION MADE BY THERE TELAPATHIC COMUNICATION EQUIPMENT

6 HE CAN READ MY MIND AND KNOW MY THOUGHTS

7 TOURCHERS ME ANYTIME HE WANTS BY PUTTING
   LAZER TYPE ELECTIC IN MY BRAIN IT IS THE MOST PAINFULL
   TOURCHER IN THE WORLD AND THE MOST FUSTRATING
   BECAUSE IT IS G.P.S. GUIDED AND FOLLOWS MY
   BRAIN AND ME EVERY WHERE I GO 24-7-365 DAYS A YEAR

8 IT CAN ALSO KILL ME IF HE LEFT IT ON ALWAYS
   BY ~~LETTING~~ NOT LETTING ME SLEEP THATS SLEEP
   DEPRAZATION AND THAT IS ATTEMTED MURDER

9 MENTAL TELAPATHY AND TELAPATHIC COMVNICATION IS
   DESIGNED TO MAKE A PERSON LOOK AND SOUND
   INSANE CRAZY OR MENTALY ILL AND THAT PERSON
   IS NOT MENTALY ILL AND THAT IS DEFOCMATION
   OF CHARICTOR THEY RUINED MY REPUTATION AND MAKE ME
                                              LOOK CRAZY

10 IT WILL ALSO MAKE YOU SAY THINGS YOU WOULD NOT
   NORMALY SAY DO THINGS YOU WOULD NOT NORMALY
   DO AND ACT IN A MANOR YOU WOULD NOT
   NORMALY ACT IN LIKE FOR EXAMPLE IT IS
   MAKING ME WRITE THIS LETTER TO FBI + F.D.LE.
   AND I WOULD NOT NORMALY DO THAT BUT I AM
   BECAUSE I AM BEING TOURCHERED AND MURDERED
   BY THE LH.P.P.D. LT JACK VACCARO AND I LEAGALY
   SET UP AND ARRESTED BY SGT CURT LAI THEY WORK
                                        TOGETHER TO RUIN MY
                                                     LIFE

11 THIS TOURCHER EQUIPMENT ALOWS LT JACK VACCARO
   CURT LAI AND CHIEF ROSS LICATA TO STORK ME
   24-7-7 DAYS A WEEK 365 DAYS A YEAR AND
   THEY DO IT EVERY DAY FOR LAST 13 YEARS AND
   THEN THEY SAY I AM STORKING THEM SEE HOW SICK
                                        THEY ARE

12 THEY CAN EVEN LISTEN TO MY DREAMS AND THAT SICK
   FUCK LT JACK VACCARO DOES JUST THAT HE SITS THERE AT
   NITE AND LISTEN TO MY DREAMS HE IS A SICK FUCK
                                              13 YEARS

13 HE KNOW MY WHERE ABOUTS 24-7 FOR LAST

14 LISTENS TO ALL MY CONVERSATIONS 247-365 DAY
                                              A
15 INVATION OF PRIVACY 247-365 YEAR

16 ALOWS THE LH.P.P.D. TO SET ME UP WITH ILEAGAL
                                    ARREST AND BAKER ACTS

I NEED YOU HELP FDLE AND FBI YOU ARE THE ONLY
ONES THAT CAN GET SEARCH WARRENT TO SIEZE THIS
EQUIPMENT AND SAVE MY LIFE ME AND MY LAWYER CAN

② NOT DO THAT ONLY YOU CAN SO PLEASE DO IT FOR ME
AND MY TWO SONS WE HAVE WAITED LONG ENGUFF FOR
POLICE PROTECTION

17 THIS TOURCHER EQUIPMENT ALLOWS THEM TO PUT A LARGE
AMOUNT OF ELECTRIC DEEP INTO THE CENTER OF MY
BRAIN TO THE EXTENT I CAN NOT USE MY IT FREEZES/DOING THIS
UP AND IS NO FUNCTIONABLE DO YOU KNOW WHAT IT IS
LIKE HAVING A BRAIN BUT NOT BEING ABLE TO USE IT
UNLESS LT JACK VACCARO LETS YOU USE IT FOR

TELAPATHIC COMUNICATION CAN DO

EX-IBIT B

EXAMPLE AT MY V.O.P. HEARING ON MARCH 7, 2019
WITH JUDGE BARBARA MCCARTHY WITH SGT CURT LAI
PRESENT THE NIGHT BEFORE MY V.O.P. HEARING LT JACK
VACCARO FILL MY BRAIN UP WITH SO MUCH ELECTRIC
AND TRY TO MURDER ME BEFORE MY V.O.P. HEARING
WITH JUDGE BECAUSE HE KNEW I WAS GOING TO GIVE THE
JUDGE MY 100% EVIDENCE OF TELAPATHIC COMUNICATION
AND HAVE ALL OF THEM ARRESTED SO HE FILLED MY HEAD
UP ALL NIGHT WITH ELECTRIC AND ALL MORNING BEFORE
MY HEARING AND BY TIME I GOT TO THE COURT ROOM TO
TALK TO THE JUDGE I WAS BRAIN DEAD FROM ALL THE
TOURCHER THE NIGHT BEFORE NO SLEEP THE NIGHT
BEFORE AND A HEAD FULL OF ELECTRIC FOR MY VOP
HEARING LT JACK VACCARO PURPOSELY TRY TO MURDER
ME AND FILL MY HEAD UP WITH ELECTRIC AND ALMOST
PUT ME IN A COMA I WAS LIKE A ZOMBIE IN THAT
COURT COURT ROOM THAT DAY AND I COULD NOT
TESTIFY TO THE JUDGE AND DEFEND MY SELF
BECAUSE MY BRAIN WAS NOT FUNCTIONABLE AT MY
V.O.P. HEARING SEE HOW SGT CURT LAI AND LT JACK
VACCARO WORKED TOGETHER ON MARCH 7-2019 TO
ILLEGALY ENCARCERATE ME SEE WHAT THAT EQUIPMENT CAN DO TO ME TEEN WORK

18 ALLOWS LT JACK VACCARO TO CONTROL MY LIFE AND RUIN

19 THIS EQUIPMENT ALOWED HIM TO KIDNAPP MY BRAIN FROM
ME AND KIDNAPP ME FROM MY SONS AND FAMILY

20 IT ALOWS LT JACK VACCARO TO DO EXACLY
WHAT HE WANTS TO DO TO ME WICH IS HAVE ME
ALL TO HIMSELF HE KIDNAPPED ME AND YOU FDLE

AND F.B,I AND S.A.O WON'T RESCUE ME FROM BEING KIDNAPPED BY JACK VACCARO AND THE L.H.P.P.D. HE PUT ME IN PRISON JUST SO HE CAN TALK TO ME ALL DAY AND NIGHT WITH NO INTERUPTIONS OR NO FAMILY DISRACTIONS HE WANTS ME ALL TO HIMSELF 24-7 AND NO BODY ELSE HAVING ME OR HANGING OUT WITH ME LIKE MY TWO SONS OR OTHER FAMILY MEMBERS YOU BETTER DO SOMTHING RIGHT NOW OR I WILL LOOSE MY COOL I MISS MY TWO SONS I HAVE NOT SEEM THEM IN 6 YEARS STOP THEM NOW OR ELSE

21 THIS EQUIPMENT ALLOWED JACK VACCARO AND SGT CURTLAI TO PUT ME OUT OF BUISNESS THE AUTO BODY COLLISION BUISNESS THAT I OWNED AND OPERATED FOR 27 YEARS SIMPLY BY NOT LETTING ME SLEEP AT NITE OR DAY IF YOU DID NOT SLEEP AT NIGHT YOU COULD NOT GO TO WORK EIETHER FBI AND F.D.L.E, THESE ASS HOLES JUST SAT BACK AND LAFFED AT ME WILE I WAS LOOSING EVERY THING I WORK FOR ALL MY LIFE WICH WAS 4 MILLION DOLLARS THE THOUGHT IT WAS FUNNY WHEN I LOST MY HOUSE MY BUISNESS MY HARLEY DAVIDSON MY CORVETTE MY BOAT MY S.U.V. TRUCK MY JETSKIE AND ALL MY MONEY ITS LIKE THEY WHERE JELIOS OF ME AND DID THIS ALL ON PURPOSE WITH NO REMORSE AT ALL

22 THEY USED THIS EQUIPMENT TO RUIN MY LIFE AND KNOW THEY WANT TO MURDER ME INSTEAD OF PAY IN A LAWSUIT I NEED YOUR HELP FBI + F.D.L.E

23 PLEASE GO TO THE LHPPD AND SIEZE THERE TELAPATAIC COMUNICATION AND MENTAL TELAPATHY EQUIPMENT AND DESTROY IT OR GIVE IT TO MY LAWYER SO WE CAN DESTOY IT MY LAWYER IS ROBERT RESNICK

His # IS 954-523-4855 OR AND GIVE MY LAWYER A POLICE REPORT SAYING YOU SIEZED THIS EQUIPMENT AND IT IS OK TO SUE THESE ASS HOLES

THERE IS SO MUCH MORE THIS EQUIPMENT CAN DO BUT YOU GET THE POINT 24=ONE MORE THING THIS EQUIPMENT CAN DO IS SEE EVERY THING I CAN SEE THROUGH MY EYES ON A T.V. SCREEN



PURPLE HEART · FOREVER USA

Mailed from a State Correctional Institution

D.C. # L52662

Office Of The Clerk
FL-100 N. Palafox St
Pensacola, Fl 32502



Louis Bruni
400 Tedder R.D.
Century FL.
32535
Century C.I.